

Ashland Chemical Co.
P.O. Box 2219
Columbus, OH 43216
614-790-3333



A Responsible Care*
Company

003 301 023 3416720-S   / /

FRANKSTON PAPER BOX CO        S
FRANKSTON                TX 75763

FRANKSTON PAPER BOX CO
P O BOX 368
FRANKSTON                TX 75763

We are enclosing a Material Safety Data Sheet for each product recently purchased from Ashland Chemical Company. MSDSs are provided to you under Ashland's policy of communicating to our customer health, safety and environmental information for safe handling, use and disposal of our products.

This information must be made available to health and safety personnel within your organization and to all employees who come in contact with these products.

If you resell or distribute an Ashland Chemical Company product, a copy of the MSDS must be sent to that customer. The product container must have the appropriate label attached. If you repackage the Ashland product and use your own label, you must prepare your own MSDS. The Ashland MSDS should only be used as a resource.

Should you require copies of MSDS's for these or other Ashland Chemical Company products, please telephone (614) 790-4612.

BLEND 7650                                                        2223789

PAGE 001



EXHIBIT A



Ashland
Ashland Distribution Co. &
Ashland Specialty Chemical Co.
P. O. Box 2219
Columbus, OH 43216
614-790-3333



A Responsible Care*
Company

003 301 7E0 0105339-0105339 09/16/02

FRANKSTON PAPER BOX CO
FRANKSTON TX 75763

FRANKSTON PAPER BOX CO

FRANKSTON TX 75763.

We are enclosing a Material Safety Data Sheet for each product recently purchased from Ashland Chemical Company. MSDSs are provided to you under Ashland's policy of communicating to our customer health, safety and environmental information for safe handling, use and disposal of our products.

This information must be made available to health and safety personnel within your organization and to all employees who come in contact with these products.

If you resell or distribute an Ashland Chemical Company product, a copy of the MSDS must be sent to that customer. The product container must have the appropriate label attached. If you repackage the Ashland product and use your own label, you must prepare your own MSDS. The Ashland MSDS should only be used as a resource.

Should you require copies of MSDS's for these or other Ashland Chemical Company products, please telephone (614) 790-4612.

ISOPROPANOL 99%
BLEND 3078 C

3507000 6]
2704704 4]

PAGE 001



RECEIVED
OCT 14 2002

0614




Ashland
Ashland Distribution Co. &
Ashland Specialty Chemical Co.
P. O. Box 2219
Columbus, OH 43216
614-790-3333

A Responsible Care*
Company

003 301     0105339-0105339 01/08/02

FRANKSTON PAPER BOX COMPANY          FRANKSTON PAPER BOX CO
PO BOX 368
FRANKSTON TX 75763                    FRANKSTON TX 75763

We are enclosing a Material Safety Data Sheet for each product recently purchased from Ashland Chemical Company. MSDSs are provided to you under Ashland's policy of communicating to our customer health, safety and environmental information for safe handling, use and disposal of our products.

This information must be made available to health and safety personnel within your organization and to all employees who come in contact with these products.

If you resell or distribute an Ashland Chemical Company product, a copy of the MSDS must be sent to that customer. The product container must have the appropriate label attached. If you repackage the Ashland product and use your own label, you must prepare your own MSDS. The Ashland MSDS should only be used as a resource.

Should you require copies of MSDS's for these or other Ashland Chemical Company products, please telephone (614) 790-4612.

BLEND 307B C                                                      2704704 4

PAGE 001

 

Ashland
Ashland Distribution Co. &
Ashland Specialty Chemical Co.
P. O. Box 2219
Columbus, OH 43216
614-790-3333

A Responsible Care* Company

003 301 023 3416720-    01/05/01

FRANKSTON PAPER BOX COMPANY
PO BOX 36B
FRANKSTON          TX 75763

FRANKSTON PAPER BOX CO
FRANKSTON          TX 75763

We are enclosing a Material Safety Data Sheet for each product recently purchased from Ashland Chemical Company. MSDSs are provided to you under Ashland's policy of communicating to our customer health, safety and environmental information for safe handling, use and disposal of our products.

This information must be made available to health and safety personnel within your organization and to all employees who come in contact with these products.

If you resell or distribute an Ashland Chemical Company product, a copy of the MSDS must be sent to that customer. The product container must have the appropriate label attached. If you repackage the Ashland product and use your own label, you must prepare your own MSDS. The Ashland MSDS should only be used as a resource.

Should you require copies of MSDS's for these or other Ashland Chemical Company products, please telephone (614) 790-4612.

BLEND 3078 C                                                      2704704

PAGE 001


RECEIVED JAN 15 2001

P-45



Ashland
Ashland Distribution Co. &
Ashland Specialty Chemical Co.
P. O. Box 2219
Columbus, OH 43216
614-790-3333



A Responsible Care*
Company

003 301 7E0 0105339-0105339 09/16/02

FRANKSTON PAPER BOX CO
FRANKSTON TX 75763

FRANKSTON PAPER BOX CO

FRANKSTON TX 75763

We are enclosing a Material Safety Data Sheet for each product recently purchased from Ashland Chemical Company. MSDSs are provided to you under Ashland's policy of communicating to our customer health, safety and environmental information for safe handling, use and disposal of our products.

This information must be made available to health and safety personnel within your organization and to all employees who come in contact with these products.

If you resell or distribute an Ashland Chemical Company product, a copy of the MSDS must be sent to that customer. The product container must have the appropriate label attached. If you repackage the Ashland product and use your own label, you must prepare your own MSDS. The Ashland MSDS should only be used as a resource.

Should you require copies of MSDS's for these or other Ashland Chemical Company products, please telephone (614) 790-4612.

ISOPROPANOL 99%                                                  3507000 6]
BLEND 3078 C                                                     2704704 4]

PAGE 001



RECEIVED
OCT 14 2002

0887




Ashland
Ashland Distribution Co. &
Ashland Specialty Chemical Co.
P. O. Box 2219
Columbus, OH 43216
614-790-3333

A Responsible Care*
Company

003 301      0105339-0105339 01/08/02

FRANKSTON PAPER BOX COMPANY
PO BOX 368
FRANKSTON TX 75763

FRANKSTON PAPER BOX CO
FRANKSTON TX 75763

We are enclosing a Material Safety Data Sheet for each product recently purchased from Ashland Chemical Company. MSDSs are provided to you under Ashland's policy of communicating to our customer health, safety and environmental information for safe handling, use and disposal of our products.

This information must be made available to health and safety personnel within your organization and to all employees who come in contact with these products.

If you resell or distribute an Ashland Chemical Company product, a copy of the MSDS must be sent to that customer. The product container must have the appropriate label attached. If you repackage the Ashland product and use your own label, you must prepare your own MSDS. The Ashland MSDS should only be used as a resource.

Should you require copies of MSDS's for these or other Ashland Chemical Company products, please telephone (614) 790-4612.

**BLEND 3078 C**

2704704 41

PAGE 001



Ashland
Ashland Distribution Co. &
Ashland Specialty Chemical Co.
P. O. Box 2219
Columbus, OH 43216
614-790-3333



A Responsible Care® Company

003 301 023 3416720-     01/05/01

FRANKSTON PAPER BOX COMPANY
PO BOX 368
FRANKSTON          TX 75763

FRANKSTON PAPER BOX CO
FRANKSTON          TX 75763

We are enclosing a Material Safety Data Sheet for each product recently purchased from Ashland Chemical Company. MSDSs are provided to you under Ashland's policy of communicating to our customer health, safety and environmental information for safe handling, use and disposal of our products.

This information must be made available to health and safety personnel within your organization and to all employees who come in contact with these products.

If you resell or distribute an Ashland Chemical Company product, a copy of the MSDS must be sent to that customer. The product container must have the appropriate label attached. If you repackage the Ashland product and use your own label, you must prepare your own MSDS. The Ashland MSDS should only be used as a resource.

Should you require copies of MSDS's for these or other Ashland Chemical Company products, please telephone (614) 790-4612.

BLEND 3078.C                                                      2704704

PAGE 001



RECEIVED JAN 15 2001

0985