# DIMETHYLFORMAMIDE

N,N-DIMETHYLFORMAMIDE  UN2265

CAS# 68-12-2

## WARNING!
COMBUSTIBLE LIQUID.
HARMFUL IF ABSORBED THROUGH THE SKIN.
MAY BE HARMFUL IF INHALED.
LIQUID, VAPOR OR MIST MAY CAUSE EYE, SKIN AND RESPIRATORY TRACT IRRITATION

### ATTENTION:
MAY AFFECT THE CENTRAL NERVOUS SYSTEM CAUSING DIZZINESS, HEADACHE OR NAUSEA. CONTAINS DIMETHYLFORMAMIDE WHICH MAY CAUSE LIVER DAMAGE. DIMETHYLFORMAMIDE IS RAPIDLY ABSORBED THROUGH THE SKIN. POSSIBLE CANCER HAZARD BASED ON ANIMAL DATA.

### SPILL AND FIRE PROCEDURES:
Contain spill and keep out of sewer. Absorb with inert material (e.g., dry sand or earth), then place in a chemical waste container for later disposal. Dispose of wastes in accordance with applicable federal, state and local regulations.

In case of fire, use water spray (fog), foam, dry chemical or carbon dioxide.

**Ashland Chemical**

ASHLAND CHEMICAL, INC.
SUBSIDIARY OF ASHLAND OIL, INC.
P.O. BOX 2219, COLUMBUS, OHIO 43216

24-HOUR EMERGENCY TELEPHONE:
1-800-274-5263 OR 1-800-ASHLAND

---

3276000

### FIRST AID:
IN CASE OF CONTACT, immediately flush eyes or skin with plenty of water while removing contaminated clothing and shoes. Call a physician. Wash clothing before reuse. Decontaminate or discard contaminated shoes. IF INHALED, remove to fresh air. If not breathing, give artificial respiration. If breathing is difficult, give oxygen. Call a physician. IF SWALLOWED, DO NOT induce vomiting. Call a physician.

### PRECAUTIONARY MEASURES:
Keep away from heat and flame. Container and equipment used for handling, storage or transfer must be grounded and bonded.

Avoid contact with eyes, skin and clothing. Wear chemical splash goggles, impervious gloves and other necessary protective equipment. Avoid breathing vapor or mist. Do not swallow.

Use or store with adequate ventilation. Keep workplace airborne concentrations below legal and recommended limits. Circumstances could require use of respiratory protection. Refer to applicable OSHA regulations.

Wash thoroughly after handling. Do not transfer to unmarked container. Keep container closed when not in use. Loosen closure carefully. Do not use pressure to empty. Empty containers may contain hazardous product residues.

---

**FlashPoint = 136°F**

HAZARD RATING:  HMIS  NFPA
HEALTH         3*    1
FLAMMABILITY   2     2
REACTIVITY     0     0
PERSONAL PROTECTION



**DANGER:** DO NOT USE WELDING OR CUTTING TORCH ON THIS CONTAINER (EVEN WHEN EMPTY). After this container has been emptied, it may contain explosive and harmful vapors and residue. Do not reuse container for any purpose until commercially reconditioned.

ICS-4023   9/93

**NET 410 LBS.**

## FOR INDUSTRIAL USE ONLY
BEFORE USE, REVIEW MATERIAL SAFETY DATA SHEET FOR FURTHER INFORMATION, INCLUDING CHRONIC HEALTH EFFECTS.

---

EXHIBIT
C
tabbies

D.ASH-WILSON 000064

**DO NOT USE WELDING OR CUTTING TORCH ON THIS DRUM (EVEN WHEN EMPTY)**

**Ashland Chemical**

# DIMETHYLFORMAMIDE
C.A.S. NO. 68-12-2

**DOT Name:**
COMBUSTIBLE LIQUID, N.O.S. (Dimethylformamide)

**NA1993**



**WARNING!**

- COMBUSTIBLE LIQUID • MAY CAUSE EYE, SKIN OR RESPIRATORY IRRITATION • MAY BE HARMFUL IF INHALED, SWALLOWED OR ABSORBED THROUGH THE SKIN
- RAPIDLY ABSORBED THROUGH SKIN
- MAY CAUSE LIVER DAMAGE • POSSIBLE CANCER HAZARD

**HANDLING & STORAGE:**
Keep away from heat and flame. Drum should be grounded and bonded when transferring liquid contents.

Avoid breathing vapor or mist. Avoid contact with eyes, skin and clothing. Wear chemical splash goggles, impervious gloves and other necessary protective equipment. Wash thoroughly after handling.

Use or store with adequate ventilation. Refer to applicable OSHA regulations. Keep workplace airborne concentrations below legal and recommended limits. Circumstances could require use of respiratory protection.

Do not transfer to unmarked container. Keep container closed. Never use pressure to empty. Empty containers may contain hazardous product residues. Keep closure end up. Loosen closure carefully.

BEFORE USE, REVIEW MATERIAL SAFETY DATA SHEET FOR FURTHER INFORMATION, INCLUDING CHRONIC HEALTH EFFECTS.

**FIRST AID:**
**EYES:** Immediately flush with water for at least 15 minutes while lifting upper and lower eyelids. Do not use chemical antidote. If redness or irritation persists, get medical attention.

**SKIN:** Thoroughly flush with water. If redness or irritation persists, get medical attention. Remove contaminated clothing and wash before reuse. Discard contaminated shoes.

**INHALATION:** If affected remove to fresh air. If not breathing, give artificial respiration and get medical attention immediately. If breathing is difficult, get medical attention.

**INGESTION:** DO NOT induce vomiting. Give two glasses of water and get medical attention immediately. NEVER give anything by mouth to an unconscious person.

**FIRE:**
In case of fire, use water spray (fog), foam, dry chemical, or $CO_2$.

**SPILL OR LEAK:**
Contain spill and keep out of sewer. Absorb with inert material (e.g., dry sand or earth), then place in a chemical waste container for later disposal. Dispose of wastes in accordance with applicable federal, state and local regulations.

| Hazard Ratings: | HMIS | NFPA |
|---|---|---|
| HEALTH | 3* | 1 |
| FLAMMABILITY | 2 | 2 |
| REACTIVITY | 0 | 0 |
| PERSONAL PROTECTION | | |

*May be chronic health effects—See MSDS.

**NOTICE:** Overexposure to solvent vapors can irritate the respiratory tract and cause headache, dizziness, drowsiness or other nervous system effects.

**DANGER:**
After this container has been emptied, it may contain explosive and harmful vapors and residue. Do not cut, puncture or weld on or near this container. Do not reuse container for any purpose until commercially reconditioned.

**FOR INDUSTRIAL USE ONLY**

**NET 410 LBS.**

IC&S-4023

ASHLAND CHEMICAL, INC. • SUBSIDIARY OF ASHLAND OIL, INC., P.O. BOX 2219, COLUMBUS, OHIO 43216
**24—HOUR EMERGENCY TELEPHONE: 1-800-274-5263 OR 1-800-ASHLAND**

10/89

D.ASH-WILSON 000065

# WARNING!

**FLAMMABLE LIQUID.**
**MAY BE HARMFUL IF INHALED**
**LIQUID, VAPOR OR MIST MAY CAUSE EYE AND RESPIRATORY TRACT IRRITATION.**
**PROLONGED OR REPEATED CONTACT MAY DRY THE SKIN AND CAUSE DERMATITIS AND BURNS.**

## ATTENTION:
MAY AFFECT THE CENTRAL NERVOUS SYSTEM CAUSING DIZZINESS, HEADACHE OR NAUSEA.

## SPILL AND FIRE PROCEDURES:
Contain spill and keep out of sewer. Absorb with inert material (e.g., dry sand or earth), then place in a chemical waste container for later disposal. Dispose of wastes in accordance with applicable federal, state and local regulations.

In case of fire, use water (flood with water), dry chemical, carbon dioxide or "alcohol" foam.

**Ashland Chemical**
ASHLAND CHEMICAL, INC.
SUBSIDIARY OF ASHLAND OIL, INC.
P.O. BOX 2219, COLUMBUS, OHIO 43216
24-HOUR EMERGENCY TELEPHONE:
1-800-274-5263 OR 1-800-ASHLAND

CAS# 67-63-0

## ISOPROPYL ALCOHOL, FLAMMABLE LIQUID UN1219

# ISOPROPANOL 99%

3507000  LOT # XXXXXXXXXX

## FIRST AID:
IN CASE OF EYE CONTACT, immediately flush eyes with water. Call a physician if irritation develops and persists.
IN CASE OF SKIN CONTACT, immediately flush skin with water. Remove contaminated clothing. Call a physician if irritation develops and persists; wash clothing before reuse.
IF INHALED, move individual into fresh air. IF SWALLOWED, induce vomiting as directed by medical personnel. Never give anything by mouth to an unconscious person. Call a physician.

## PRECAUTIONARY MEASURES:
Vapors form explosive mixtures with air. Keep away from heat, sparks, flame, pilot lights and other ignition sources.

Store in flammable label area. Container and equipment used for handling, storage or transfer must be grounded and bonded. This product is not suitable as a general purpose cleaner because of its flammability.

Avoid contact with eyes. Avoid prolonged or repeated contact with skin. Wear chemical splash goggles, impervious gloves and other necessary protective equipment. Avoid breathing vapor or mist. Do not swallow.

Use or store with adequate ventilation. Keep workplace airborne concentrations below legal and recommended limits. Circumstances could require use of respiratory protection. Refer to applicable OSHA regulations.

Wash thoroughly after handling. Do not transfer to unmarked container. Keep container closed when not in use. Loosen closure carefully. Do not use pressure to empty. Empty containers may contain hazardous product residues.

**FOR INDUSTRIAL USE ONLY**

BEFORE USE, REVIEW MATERIAL SAFETY DATA SHEET FOR FURTHER INFORMATION, INCLUDING CHRONIC HEALTH EFFECTS.

AC03

XXX

XX

## DANGER:
DO NOT USE WELDING OR CUTTING TORCH ON THIS CONTAINER (EVEN WHEN EMPTY). After this container has been emptied, it may contain explosive and harmful vapors and residue. Do not reuse container for any purpose until commercially reconditioned.

| HAZARD RATING: | HMIS | NFPA |
|---|---|---|
| HEALTH | 1 | 1 |
| FLAMMABILITY | 3 | 3 |
| REACTIVITY | 0 | 0 |
| PERSONAL PROTECTION | | |

**FLASHPOINT=53°F**

NET XXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXX

44 XX  7/01/91

D.ASH-WILSON 000129

# DANGER!

**EXTREMELY FLAMMABLE LIQUID.**
**MAY CAUSE EYE, SKIN OR RESPIRATORY IRRITATION.**
**MAY BE HARMFUL IF INHALED OR SWALLOWED.**
**MAY CAUSE CENTRAL NERVOUS SYSTEM DEPRESSION.**

## ATTENTION:

OVEREXPOSURE TO SOLVENT VAPORS CAN IRRITATE THE RESPIRATORY TRACT AND CAUSE HEADACHE, DIZZINESS, DROWSINESS OR OTHER NERVOUS SYSTEM EFFECTS.

## SPILL AND FIRE PROCEDURES:

Contain spill and keep out of sewer. Absorb with inert material (e.g., dry sand or earth), then place in a chemical waste container for later disposal. Dispose of wastes in accordance with applicable federal, state and local regulations.

In case of fire, use water spray (fog), foam, dry chemical, or carbon dioxide.

### Ashland Chemical

ASHLAND CHEMICAL COMPANY
DIVISION OF ASHLAND INC.
P.O. BOX 2219, COLUMBUS, OHIO 43216
24-HOUR EMERGENCY TELEPHONE:
1-800-274-5263 OR 1-800-ASHLAND

## FIRST AID:

**EYES:** Immediately flush with water for at least 15 minutes while lifting upper and lower eyelids. Do not use chemical antidote. If redness or irritation persists, get medical attention. **SKIN:** Thoroughly flush with water. If redness or irritation persists, get medical attention. Remove contaminated clothing and wash before reuse. Discard contaminated shoes. **INHALATION:** If affected remove to fresh air. If not breathing, give artificial respiration and get medical attention immediately. If breathing is difficult, get medical attention. **INGESTION: DO NOT** Induce vomiting. Give two glasses of water and get medical attention immediately. NEVER give anything by mouth to an unconscious person.

## PRECAUTIONARY MEASURES:

Vapors form explosive mixtures with air. Keep away from heat, sparks, flame, pilot lights and other sources of ignition. Store in flammable label area. Drum should be grounded and bonded when transferring liquid contents.

Avoid breathing vapor or mist. Avoid contact with eyes, skin and clothing. Wear chemical splash goggles, impervious gloves and other necessary protective equipment. Wash thoroughly after handling.

Use or store with adequate ventilation. Refer to applicable OSHA regulations. Keep workplace airborne concentrations below legal and recommended limits. Circumstances could require use of respiratory protection.

Do not transfer to unmarked container. Keep container closed. Never use pressure to empty. Empty containers may contain hazardous product residues. Keep closure end up. Loosen closure carefully.

This product is not suitable for use as a general purpose cleaner because of its flammability.

## FOR INDUSTRIAL USE ONLY

BEFORE USE, REVIEW MATERIAL SAFETY DATA SHEET FOR FURTHER INFORMATION, INCLUDING CHRONIC HEALTH EFFECTS.

**DANGER:** DO NOT USE WELDING OR CUTTING TORCH ON THIS CONTAINER (EVEN WHEN EMPTY). After this container has been emptied, it may contain explosive and harmful vapors and residue. Do not reuse container for any purpose until commercially reconditioned.

**FLAMMABLE LIQUID 3**

**NET 55 GALS.**

ICS-4571 (02/95)

D.ASH-WILSON 000800

D.ASH-WILSON 003059

# DO NOT USE WELDING OR CUTTING TORCH ON THIS DRUM (EVEN WHEN EMPTY)

**Ashland Chemicals**

**FLAMMABLE LIQUID**

PROPRIETARY PRODUCT

**DANGER!**
- EXTREMELY FLAMMABLE LIQUID
- MAY CAUSE EYE, SKIN OR RESPIRATORY IRRITATION
- MAY BE HARMFUL IF INHALED OR SWALLOWED
- MAY CAUSE CENTRAL NERVOUS SYSTEM DEPRESSION

**HANDLING & STORAGE:**
Vapors form explosive mixtures with air. Keep away from heat, sparks, flame, pilot lights and other sources of ignition. Store in flammable label area. Drum should be grounded and bonded when transferring liquid contents.

Avoid breathing vapor, mist. Avoid contact with eyes, skin and clothing. Wear chemical splash goggles, impervious gloves and other necessary protective equipment. Wash thoroughly after handling.

Use or store with adequate ventilation. Refer to applicable OSHA regulations. Keep workplace airborne concentrations below legal and recommended limits. Circumstances could require use of respiratory protection.

Do not transfer to unmarked container. Keep container closed. Never use pressure to empty. Empty containers may contain hazardous product residues. Keep closure end up. Loosen closure carefully.

This product is not suitable for use as a general purpose cleaner because of its flammability.

BEFORE USE, REVIEW MATERIAL SAFETY DATA SHEET FOR FURTHER INFORMATION, INCLUDING CHRONIC HEALTH EFFECTS.

**NET 55 GALS**

IC98-4571

**FIRST AID:**
EYES: Immediately flush with water for at least 15 minutes while lifting upper and lower eyelids. Do not use chemical antidote. If redness or irritation persists, get medical attention.

SKIN: Thoroughly flush with water. If redness or irritation persists, get medical attention. Remove contaminated clothing and wash before re-use. Discard contaminated shoes.

INHALATION: If affected remove to fresh air. If not breathing, give artificial respiration and get medical attention immediately. If breathing is difficult, get medical attention.

INGESTION: DO NOT induce vomiting. Give two glasses of water and get medical attention immediately. NEVER give anything by mouth to an unconscious person.

**FOR INDUSTRIAL USE ONLY**

ASHLAND CHEMICAL COMPANY • DIVISION OF ASHLAND OIL, INC., P.O. BOX 2219, COLUMBUS, OHIO 43216
**24—HOUR EMERGENCY TELEPHONE: 606-324-1133**

6/88