Ashland Chemical Co.

**BLEND 7650**

## 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**Material Identity**
Product Name: BLEND 7650
Product Code: 2223789
General or Generic ID: BLEND

**Company**
Ashland Chemical Co.
P.O. Box 2219
Columbus, OH 43216
614-790-3333

**Emergency Telephone Number:**
1-800-ASHLAND  (1-800-274-5263)
24 hours everyday

Regulatory Information Number:
1-800-325-3751

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

| Ingredient(s) | CAS Number | % (by volume) |
| --- | --- | --- |
| XYLENE | 1330-20-7 | 71.0 |
| METHYL ETHYL KETONE | 78-93-3 | 26.0 |
| DI(2-ETHYLHEXYL) PHTHALATE | 117-81-7 | 3.9 |
| ETHYLBENZENE | 100-41-4 | 13.0- 14.0 |

## 3. HAZARDS IDENTIFICATION

**Potential Health Effects**

**Eye**
May cause mild eye irritation.  Symptoms include stinging, tearing, and redness.

**Skin**
May cause mild skin irritation.  Prolonged or repeated contact may dry the skin.  Symptoms may include redness, burning, drying and cracking of skin, and skin burns.

**Swallowing**
Swallowing small amounts of this material during normal handling is not likely to cause harmful effects.  Swallowing large amounts may be harmful.  This material can get into the lungs during swallowing or vomiting.  This results in lung inflammation and other lung injury.

**Inhalation**
Breathing of vapor or mist is possible.  Breathing small amounts of this material during normal handling is not likely to cause harmful effects.  Breathing large amounts may be harmful.

**Symptoms of Exposure**
Signs and symptoms of exposure to this material through breathing, swallowing, and/or passage of the material through the skin may include:  stomach or intestinal upset (nausea, vomiting, diarrhea), irritation (nose, throat, airways), central nervous system depression (dizziness, drowsiness, weakness, fatigue, nausea, headache, unconsciousness), and death.

Continued on next page



EXHIBIT
F
tabbies®

0418

MATERIAL SAFETY DATA SHEET

Ashland Chemical Co.

Page 002
Date Prepared: 09/21/98
Date Printed:  11/20/99
MSDS No: 999.0232602-004.002

BLEND 7650

## Target Organ Effects

Overexposure to this material (or its components) has been suggested as a cause of the following effects in laboratory animals:  liver abnormalities, anemia, testis damage, eye damage, kidney damage, lung damage, brain damage, effects on hearing. Overexposure to this material (or its components) has been suggested as a cause of the following effects in humans:  cardiac abnormalities.

## Developmental Information

This material (or a component) has been shown to cause birth defects in laboratory animal studies.  The relevance of these findings to humans is uncertain.

## Cancer Information

There is sufficient evidence for the carcinogenicity of di(2-ethylhexyl)phthalate in experimental animals.  Administered in the feed, this chemical caused an increased incidence of liver cancer in male and female rats and mice.  The relevance of this finding to humans in uncertain.  This material is listed as a carcinogen by the International Agency for Research on Cancer and the National Toxicology Program.  Ethylbenzene has been shown to cause cancer in laboratory animals.  The relevance of this finding to humans is uncertain.

## Other Health Effects

No data

## Primary Route(s) of Entry

Inhalation, Skin contact.

## 4.   FIRST AID MEASURES

### Eyes

If symptoms develop, immediately move individual away from exposure and into fresh air.  Flush eyes gently with water for at least 15 minutes while holding eyelids apart; seek immediate medical attention.

### Skin

Remove contaminated clothing.  Wash exposed area with soap and water.  If symptoms persist, seek medical attention.  Launder clothing before reuse.

### Swallowing

Seek medical attention.  If individual is drowsy or unconscious, do not give anything by mouth; place individual on the left side with the head down.  Contact a physician, medical facility, or poison control center for advice about whether to induce vomiting.  If possible, do not leave individual unattended.

### Inhalation

If symptoms develop, immediately move individual away from exposure and into fresh air.  Seek immediate medical attention; keep person warm and quiet.  If person is not breathing, begin artificial respiration.  If breathing is difficult, administer oxygen.

### Note to Physicians

This material is an aspiration hazard.  Potential danger from aspiration must be weighed against possible oral toxicity (See Section 3 - Swallowing) when deciding whether to induce vomiting.  Preexisting disorders of the following organs (or organ systems) may be aggravated by exposure to this material:  skin lung (for example, asthma-like conditions), liver, kidney, central nervous system, heart, male reproductive system, eye, Exposure to this material may aggravate any preexisting condition sensitive to a decrease in available
Continued on next page

0419

MATERIAL SAFETY DATA SHEET

Ashland Chemical Co.

BLEND 7650

Page 003
Date Prepared: 09/21/98
Date Printed:  11/20/99
MSDS No: 999.0232602-004.002

oxygen, such as chronic lung disease, coronary artery disease or anemias.

## 5.  FIRE FIGHTING MEASURES

**Flash Point**
   20.0   - 30.0     F (-6.6     - -1.1      C) TCC

**Explosive Limit**
   (for component) Lower .3        %

**Autoignition Temperature**
   No data

**Hazardous Products of Combustion**
   May form:  carbon dioxide and carbon monoxide, various hydrocarbons.

**Fire and Explosion Hazards**
   Vapors are heavier than air and may travel along the ground or may be moved by
   ventilation and ignited by pilot lights, other flames, sparks, heaters,
   smoking, electric motors, static discharge, or other ignition sources at
   locations distant from material handling point.  Never use welding or cutting
   torch on or near drum (even empty) because product (even just residue) can
   ignite explosively.

**Extinguishing Media**
   regular foam, water fog, carbon dioxide, dry chemical.

**Fire Fighting Instructions**
   Wear a self-contained breathing apparatus with a full facepiece operated in the
   positive pressure demand mode with appropriate turn-out gear and chemical
   resistant personal protective equipment.  Refer to the personal protective
   equipment section of this MSDS.

**NFPA Rating**
   Not determined

## 6.  ACCIDENTAL RELEASE MEASURES

**Small Spill**
   Eliminate all sources of ignition such as flares, flames (including pilot
   lights), and electrical sparks.  Absorb liquid on vermiculite, floor absorbent
   or other absorbent material.

**Large Spill**
   Eliminate all ignition sources (flares, flames including pilot lights,
   electrical sparks). Persons not wearing protective equipment should be excluded
   from area of spill until clean-up has been completed. Stop spill at source.
   Prevent from entering drains, sewers, streams or other bodies of water.
   Prevent from spreading.  If runoff occurs, notify authorities as required.
   Pump or vacuum transfer spilled product to clean containers for recovery.
   Absorb unrecoverable product. Transfer contaminated absorbent, soil and other
   materials to containers for disposal. Prevent run-off to sewers, streams or
   other bodies of water. If run-off occurs, notify proper authorities as
   required, that a spill has occurred.

Continued on next page

Ashland Chemical Co.

BLEND 7650

---

## 7. HANDLING AND STORAGE

### Handling

Containers of this material may be hazardous when emptied. Since emptied containers retain product residues (vapor, liquid, and/or solid), all hazard precautions given in the data sheet must be observed. All five-gallon pails and larger metal containers, including tank cars and tank trucks, should be grounded and/or bonded when material is transferred.

---

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

### Eye Protection

Chemical splash goggles in compliance with OSHA regulations are advised; however, OSHA regulations also permit other type safety glasses. Consult your safety representative.

### Skin Protection

Wear resistant gloves such as: nitrile rubber, polyethylene; To prevent repeated or prolonged skin contact, wear impervious clothing and boots.

### Respiratory Protections

If workplace exposure limit(s) of product or any component is exceeded (see exposure guidelines), a NIOSH/MSHA approved air supplied respirator is advised in absence of proper environmental control. OSHA regulations also permit other NIOSH/MSHA respirators (negative pressure type) under specified conditions (see your industrial hygienist). Engineering or administrative controls should be implemented to reduce exposure.

### Engineering Controls

Provide sufficient mechanical (general and/or local exhaust) ventilation to maintain exposure below TLV(s).

### Exposure Guidelines
Component
----------

XYLENE (1330-20-7)
OSHA VPEL 100.000 ppm - TWA
OSHA VPEL 150.000 ppm - STEL
ACGIH TLV 100.000 ppm - TWA
ACGIH TLV 150.000 ppm - STEL

METHYL ETHYL KETONE (78-93-3)
OSHA VPEL 200.000 ppm - TWA
OSHA VPEL 300.000 ppm - STEL
ACGIH TLV 200.000 ppm - TWA
ACGIH TLV 300.000 ppm - STEL

DI(2-ETHYLHEXYL) PHTHALATE (117-81-7)
OSHA VPEL 5.000 mg/m3 - TWA
OSHA VPEL 10.000 mg/m3 - STEL
ACGIH TLV 5.000 mg/m3 - TWA

ETHYLBENZENE (100-41-4)
OSHA VPEL 100.000 ppm - TWA
OSHA VPEL 125.000 ppm - STEL
ACGIH TLV 100.000 ppm - TWA
ACGIH TLV 125.000 ppm - STEL

Continued on next page

Ashland Chemical Co.

BLEND 7650

---

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Boiling Point**
(for component) 175.0 F (79.4 C) @ 760 mmHg

**Vapor Pressure**
(for component) 78.000 mmHg @ 68.00 F

**Specific Vapor Density**
> 1.000      @ AIR=1

**Specific Gravity**
.859 @ 77.00 F

**Liquid Density**
.7.150 lbs/gal @ 77.00 F
.859 kg/l @ 25.00 C

**Percent Volatiles**
> 95.0      %

**Evaporation Rate**
SLOWER THAN ETHYL ETHER

**Appearance**
No data

**State**
LIQUID

**Physical Form**
HOMOGENEOUS SOLUTION

**Color**
No data

**Odor**
No data

**pH**
Not applicable

---

## 10. STABILITY AND REACTIVITY

**Hazardous Polymerization**
Product will not undergo hazardous polymerization.

**Hazardous Decomposition**
May form: carbon dioxide and carbon monoxide, various hydrocarbons.

**Chemical Stability**
Stable.

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland Chemical Co:

BLEND 7650

---

Incompatibility
        Avoid contact with:  strong oxidizing agents.

---

11.   TOXICOLOGICAL INFORMATION

        No data

---

12.   ECOLOGICAL INFORMATION

        No data

---

13.   DISPOSAL CONSIDERATION

Waste Management Information
        Dispose of in accordance with all applicable local, state and federal
        regulations.  For assistance with your waste management needs - including
        disposal, recycling and waste stream reduction, contact Ashland Distribution
        Company, IC&S Environmental Services Group at 800-637-7922.

---

14.   TRANSPORT INFORMATION

DOT Information - 49 CFR 172.101
    DOT Description:
        PAINT RELATED MATERIAL,3,UN1263,II

    Container/Mode:
        55 GAL DRUM/TRUCK PACKAGE

    NOS Component:
        None

RQ (Reportable Quantity) - 49 CFR 172.101
    Product Quantity (lbs) Component

| Product Quantity (lbs) | Component |
|---|---|
| 140 | XYLENES (O-, M-, P- ISOMERS) |
| 2262 | DI(2-ETHYLHEXYL)PHTHALATE |
| 7360 | ETHYLBENZENE |
| 20775 | ETHYL METHYL KETONE |

---

15.   REGULATORY INFORMATION

US Federal Regulations
    TSCA (Toxic Substances Control Act) Status
        TSCA (UNITED STATES) The intentional ingredients of this product are listed.

Continued on next page

0423

Ashland Chemical Co.

**BLEND 7650**

---

**CERCLA RQ – 40 CFR 302.4(a)**

| Component | RQ (lbs) |
|---|---|
| XYLENES (O-, M-, P- ISOMERS) | 100 |
| METHYL ETHYL KETONE | 5000 |
| DI(2-ETHYLHEXYL)PHTHALATE | 100 |
| ETHYLBENZENE | 1000 |

**SARA 302 Components – 40 CFR 355 Appendix A**
None

**Section 311/312 Hazard Class – 40 CFR 370.2**
Immediate(X)   Delayed(X)   Fire(X)   Reactive( )   Sudden Release of
Pressure( )

**SARA 313 Components – 40 CFR 372.65**

| Section 313 Component(s) | CAS Number | % |
|---|---|---|
| XYLENE (MIXED ISOMERS) | 1330-20-7 | 70.51 |
| METHYL ETHYL KETONE | 78-93-3 | 25.64 |
| DI(2-ETHYLHEXYL)PHTHALATE | 117-81-7 | 3.85 |
| ETHYLBENZENE | 100-41-4 | 14.10 |

**OSHA Process Safety Management   29 CFR 1910**
None listed

**EPA Accidental Release Prevention 40 CFR 68**
None listed

**International Regulations**
**Inventory Status**
Not determined

**State and Local Regulations**
**California Proposition 65**
The following statement is made in order to comply with the California Safe
Drinking Water and Toxic Enforcement Act of 1986: This product contains the
following substance(s) known to the state of California to cause cancer.
DI(2-ETHYLHEXYL)PHTHALATE
BENZENE

The following statement is made in order to comply with the California Safe
Drinking Water and Toxic Enforcement Act of 1986: This product contains the
following substance(s) known to the state of California to cause
reproductive harm.
BENZENE
TOLUENE

**New Jersey RTK Label Information**

| | |
|---|---|
| XYLENES | 1330-20-7 |
| METHYL ETHYL KETONE | 78-93-3 |
| BIS(2-ETHYLHEXYL)PHTHALATE | 117-81-7 |
| ETHYL BENZENE | 100-41-4 |

**Pennsylvania RTK Label Information**

| | |
|---|---|
| BENZENE, DIMETHYL- | 1330-20-7 |
| 2-BUTANONE | 78-93-3 |
| 1,2-BENZENEDICARBOXYLIC ACID, BIS(2-ETHY | 117-81-7 |
| BENZENE, ETHYL- | 100-41-4 |

Continued on next page

Ashland Chemical Co.

BLEND 7650

---

## 16.  OTHER INFORMATION

The information accumulated herein is believed to be accurate but is not warranted to be whether originating with the company or not. Recipients are advised to confirm in advance of need that the information is current, applicable, and suitable to their circumstances.

Last page

0425

Ashland

ISOPROPANOL 99%

## 1.    CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**Material Identity**
Product Name: ISOPROPANOL 99%
SAP Material No: 3507000 615 00A
General or Generic ID: ALCOHOL

**Company**
Ashland
Ashland Distribution Co. &
Ashland Specialty Chemical Co.
P. O. Box 2219
Columbus, OH 43216
614-790-3333

**Emergency Telephone Number:**
1-800-ASHLAND  (1-800-274-5263)
24 hours everyday

Regulatory Information Number:
1-800-325-3751

## 2.   COMPOSITION/INFORMATION ON INGREDIENTS

| Ingredient(s) | CAS Number | % (by weight) |
|---|---|---|
| ISOPROPANOL | 67-63-0 | 99.0-100.0 |

## 3.    HAZARDS IDENTIFICATION

**Potential Health Effects**

**Eye**
Can cause eye irritation.  Symptoms include stinging, tearing, redness, and swelling of eyes.

**Skin**
May cause mild skin irritation.  Prolonged or repeated contact may dry the skin.  Symptoms may include redness, burning, drying and cracking of skin, and skin burns.  Passage of this material into the body through the skin is possible, but it is unlikely that this would result in harmful effects during safe handling and use.

**Swallowing**
Swallowing small amounts of this material during normal handling is not likely to cause harmful effects.  Swallowing large amounts may be harmful.  This material can get into the lungs during swallowing or vomiting. .This results in lung inflammation and other lung injury.

**Inhalation**
Breathing of vapor or mist is possible.  Breathing small amounts of this material during normal handling is not likely to cause harmful effects. Breathing large amounts may be harmful.  Symptoms usually occur at air concentrations higher than the recommended exposure limits (See Section 8).

**Symptoms of Exposure**
Signs and symptoms of exposure to this material through breathing, swallowing, and/or passage of the material through the skin may include:  stomach or intestinal upset (nausea, vomiting, diarrhea), irritation (nose, throat, airways), central nervous system depression (dizziness, drowsiness, weakness, fatigue, nausea, headache, unconsciousness), low blood pressure, mild, temporary changes in the liver, effects on heart rate, respiratory depression (slowing of the breathing rate), loss of coordination, confusion, lung edema (fluid buildup in the lung tissue), kidney damage, coma.

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

ISOPROPANOL 99%

**Target Organ Effects**
Overexposure to this material (or its components) has been suggested as a cause of the following effects in laboratory animals: mild, reversible liver effects

**Developmental Information**
This material (or a component) has been shown to cause harm to the fetus in laboratory animal studies. Harm to the fetus occurs only at exposure levels that harm the pregnant animal. The relevance of these findings to humans is uncertain.

**Cancer Information**
Based on the available information, this material cannot be classified with regard to carcinogenicity. This material is not listed as a carcinogen by the International Agency for Research on Cancer, the National Toxicology Program, or the Occupational Safety and Health Administration.

**Other Health Effects**
No data

**Primary Route(s) of Entry**
Inhalation, Skin absorption, Skin contact, Eye contact, Ingestion.

## 4. FIRST AID MEASURES

**Eyes**
If symptoms develop, immediately move individual away from exposure and into fresh air. Flush eyes gently with water for at least 15 minutes while holding eyelids apart; seek immediate medical attention.

**Skin**
Remove contaminated clothing. Wash exposed area with soap and water. If symptoms persist, seek medical attention. Launder clothing before reuse.

**Swallowing**
Seek medical attention. If individual is drowsy or unconscious, do not give anything by mouth; place individual on the left side with the head down. Contact a physician, medical facility, or poison control center for advice about whether to induce vomiting. If possible, do not leave individual unattended.

**Inhalation**
If symptoms develop, immediately move individual away from exposure and into fresh air. Seek immediate medical attention; keep person warm and quiet. If person is not breathing, begin artificial respiration. If breathing is difficult, administer oxygen.

**Note to Physicians**
This material is an aspiration hazard. Potential danger from aspiration must be weighed against possible oral toxicity (See Section 3 – Swallowing) when deciding whether to induce vomiting. Preexisting disorders of the following organs (or organ systems) may be aggravated by exposure to this material: skin, lung (for example, asthma-like conditions), kidney.

Continued on next page

0616

Ashland

ISOPROPANOL 99%

## 5. FIRE FIGHTING MEASURES

**Flash Point**
53.0 F (11.6 C) TCC

**Explosive Limit**
(for product) Lower 2.0 Upper 12.0 %

**Autoignition Temperature**
750.0 F (398.8 C)

**Hazardous Products of Combustion**
May form: carbon dioxide and carbon monoxide.

**Fire and Explosion Hazards**
Vapors are heavier than air and may travel along the ground or may be moved by ventilation and ignited by pilot lights, other flames, sparks, heaters, smoking, electric motors, static discharge, or other ignition sources at locations distant from material handling point. Never use welding or cutting torch on or near drum (even empty) because product (even just residue) can ignite explosively.

**Extinguishing Media**
alcohol foam, carbon dioxide, dry chemical.

**Fire Fighting Instructions**
Water may be ineffective. Water may be used to keep fire-exposed containers cool until fire is out. Wear a self-contained breathing apparatus with a full facepiece operated in the positive pressure demand mode with appropriate turn-out gear and chemical resistant personal protective equipment. Refer to the personal protective equipment section of this MSDS.

**NFPA Rating**
Health - 1, Flammability - 3, Reactivity - 0

## 6. ACCIDENTAL RELEASE MEASURES

**Small Spill**
Absorb liquid on vermiculite, floor absorbent or other absorbent material.

**Large Spill**
Eliminate all ignition sources (flares, flames including pilot lights, electrical sparks). Persons not wearing protective equipment should be excluded from area of spill until clean-up has been completed. Stop spill at source. Prevent from entering drains, sewers, streams or other bodies of water. Prevent from spreading. If runoff occurs, notify authorities as required. Pump or vacuum transfer spilled product to clean containers for recovery. Absorb unrecoverable product. Transfer contaminated absorbent, soil and other materials to containers for disposal. Per good environmental management practices, prevent run-off to sewers, streams and other bodies of water. Stop spill at the source. Cover sewer grates and dike the spill. Absorb spilled material on to absorbents. Shovel materials into container. Close container tightly and dispose of properly.

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

Page 004
Date Prepared: 03/06/02
Date Printed:  09/16/02
MSDS No: 999.0001444-009.001

ISOPROPANOL 99%

## 7.   HANDLING AND STORAGE

**Handling**

Containers of this material may be hazardous when emptied.  Since emptied
containers retain product residues (vapor, liquid, and/or solid), all hazard
precautions given in the data sheet must be observed.  All five-gallon pails
and larger metal containers, including tank cars and tank trucks, should be
grounded and/or bonded when material is transferred.  Warning.  Sudden release
of hot organic chemical vapors or mists from process equipment operating at
elevated temperature and pressure, or sudden ingress of air into vacuum
equipment, may result in ignitions without the presence of obvious ignition
sources. Published "autoignition" or "ignition" temperature values cannot be
treated as safe operating temperatures in chemical processes without analysis
of the actual process conditions.  Any use of this product in elevated
temperature processes should be thoroughly evaluated to establish and maintain
safe operating conditions.

## 8.   EXPOSURE CONTROLS/PERSONAL PROTECTION

**Eye Protection**

Chemical splash goggles in compliance with OSHA regulations are advised;
however, OSHA regulations also permit other type safety glasses.  Consult your
safety representative.

**Skin Protection**

Wear resistant gloves (consult your safety equipment supplier).  To prevent
repeated or prolonged skin contact, wear impervious clothing and boots..

**Respiratory Protections**

If workplace exposure limit(s) of product or any component is exceeded (see
exposure guidelines), a NIOSH/MSHA approved air supplied respirator is advised
in absence of proper environmental control.  OSHA regulations also permit other
NIOSH/MSHA respirators (negative pressure type) under specified conditions (see
your industrial hygienist).  Engineering or administrative controls should be
implemented to reduce exposure.

**Engineering Controls**

Provide sufficient mechanical (general and/or local exhaust) ventilation to
maintain exposure below TLV(s).

**Exposure Guidelines**
Component
----------

ISOPROPANOL (67-63-0)
OSHA PEL 400.000 ppm - TWA
OSHA VPEL 400.000 ppm - TWA
OSHA VPEL 500.000 ppm - STEL
ACGIH TLV 400.000 ppm - TWA
ACGIH TLV 500.000 ppm - STEL

## 9.   PHYSICAL AND CHEMICAL PROPERTIES

**Boiling Point**

(for product) 180.0 F (82.2 C) @ 760 mmHg

Continued on next page

Ashland

Page 005
Date Prepared: 03/06/02
Date Printed: 09/16/02
MSDS No: 999.0001444-009.001

## ISOPROPANOL 99%

**Vapor Pressure**
(for product) 33.000 mmHg @ 68.00 F

**Specific Vapor Density**
2.070       @ AIR=1

**Specific Gravity**
.789 @ 60.00 F

**Liquid Density**
6.550 lbs/gal @ 68.00 F
.789 kg/l @ 15.60 C

**Percent Volatiles**
100.0     %

**Volatile Organic Compounds (VOC)**
100.000 %
789.000 g/l
6.550 lbs/gal

**Evaporation Rate**
7.70 (ETHYL ETHER )

**Appearance**
TRANSPARENT

**State**
LIQUID

**Physical Form**
NEAT

**Color**
CLEAR, PT-CO COLOR 10 MAX

**Odor**
SLIGHT ETHANOL/ACETONE-LIKE

**pH**
No data

**Viscosity**
2.4       cps

**Freezing Point**
-128.0    F (-88.8    C)

**Molecular Weight**
60.1

**Solubility in Water**
100%

**Octanol/Water Partitiion Coefficient**
1.400

Continued on next page

0619

Ashland

ISOPROPANOL 99%

---

Bulk Density
.880 lbs/ft3

---

## 10.  STABILITY AND REACTIVITY

**Hazardous Polymerization**
Product will not undergo hazardous polymerization.

**Hazardous Decomposition**
May form:  carbon dioxide and carbon monoxide.

**Chemical Stability**
Stable.

**Incompatibility**
Avoid contact with:  acetaldehyde, acids, chlorine, ethylene oxide, isocyanates
strong oxidizing agents, Do not use with aluminum equipment at temperatures
above 120 degrees F..

---

## 11.  TOXICOLOGICAL INFORMATION

No data

---

## 12.  ECOLOGICAL INFORMATION

No data

---

## 13.  DISPOSAL CONSIDERATION

**Waste Management Information**
Dispose of in accordance with all applicable local, state and federal
regulations.  For assistance with your waste management needs — including
disposal, recycling and waste stream reduction, contact Ashland Distribution
Company, IC&S Environmental Services Group at 800-637-7922.

---

## 14.  TRANSPORT INFORMATION

**DOT Information — 49 CFR 172.101**
DOT Description:
ISOPROPANOL,3,UN1219,II

Container/Mode:
55 GAL DRUM/TRUCK PACKAGE

NOS Component:
None

Continued on next page

0620

Ashland

ISOPROPANOL 99%

RQ (Reportable Quantity) ~ 49 CFR 172.101
    Not applicable

Other Transportation Information
    The DOT Transport Information may vary with the container and mode of shipment.

---

15.  REGULATORY INFORMATION

US Federal Regulations
    TSCA (Toxic Substances Control Act) Status
        TSCA (UNITED STATES) The intentional ingredients of this product are listed.

    CERCLA RQ ~ 40 CFR 302.4(a)
        None listed

    SARA 302 Components ~ 40 CFR 355 Appendix A
        None

    Section 311/312 Hazard Class ~ 40 CFR 370.2
        Immediate(X)   Delayed(X)   Fire(X)   Reactive( )   Sudden Release of
        Pressure( )

    SARA 313 Components ~ 40 CFR 372.65
        None

    OSHA Process Safety Management  29 CFR 1910
        None listed

    EPA Accidental Release Prevention 40 CFR 68
        None listed

International Regulations
    Inventory Status
        ACOIN (AUSTRALIA) The intentional ingredients of this product are listed.
        AICS (AUSTRALIA) The intentional ingredients of this product are listed.
        CICS (CHINESE) The intentional ingredients of this product are listed.
        DSL (CANADA) The intentional ingredients of this product are listed.
        ECL (SOUTH KOREA) The intentional ingredients of this product are listed.
        EINECS (EUROPE) The intentional ingredients of this product are listed.
        ENCS (JAPAN) The intentional ingredients of this product are listed.
        PICCS (PHILIPPINES) The intentional ingredients of this product are listed.
        SWISS (SWITZERLAND) The intentional ingredients of this product are listed.

State and Local Regulations
    California Proposition 65
        None

    New Jersey RTK Label Information
        ISOPROPYL ALCOHOL                         67-63-0

    Pennsylvania RTK Label Information
        2-PROPANOL                                67-63-0

Continued on next page

Ashland

ISOPROPANOL 99%

Page 008
Date Prepared: 03/06/02
Date Printed: 09/16/02
MSDS No: 999.0001444-009.001

## 16. OTHER INFORMATION

The information accumulated herein is believed to be accurate but is not
warranted to be whether originating with the company or not. Recipients are
advised to confirm in advance of need that the information is current,
applicable, and suitable to their circumstances.

Last page.

Ashland



ISOPROPANOL 99%

Page 001
Date Prepared: 03/06/02
Date Printed:  09/13/02
MSDS No: 315.0001444-002.001

---

## 1.   CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

Product Name: ISOPROPANOL 99%

Company
        Ashland
        Ashland Distribution Co. &
        Ashland Specialty Chemical Co.
        P. O. Box 2219
        Columbus, OH 43216
        614-790-3333

Emergency Telephone Number:
    1-800-ASHLAND  (1-800-274-5263)
    24 hours everyday

Regulatory Information Number:
    1-800-325-3751

---

## 2.   COMPOSITION/INFORMATION ON INGREDIENTS

| Ingredient(s) | CAS Number | % (by weight) |
| --- | --- | --- |
| ISOPROPANOL | 67-63-0 | 98.0-100.0 |

---

## 3.   HAZARDS IDENTIFICATION

Potential Health Effects

Eye
        Can cause eye irritation.  Symptoms include stinging, tearing,
        redness, and swelling of eyes.

Skin
        May cause mild skin irritation.  Prolonged or repeated contact may
        dry the skin.  Symptoms may include redness, burning, drying and
        cracking of skin, and skin burns.  Passage of this material into
        the body through the skin is possible, but it is unlikely that
        this would result in harmful effects during safe handling and use.

Swallowing
        Swallowing small amounts of this material during normal handling
        is not likely to cause harmful effects.  Swallowing large amounts
        may be harmful.  This material can get into the lungs during
        swallowing or vomiting.  This results in lung inflammation and
        other lung injury.

                    Continued on next page

0623

Ashland



ISOPROPANOL 99%

---

Inhalation
 Breathing of vapor or mist is possible. Breathing small amounts
 of this material during normal handling is not likely to cause
 harmful effects. Breathing large amounts may be harmful.
 Symptoms usually occur at air concentrations higher than the
 recommended exposure limits (See Section 8).

Symptoms of Exposure
 Signs and symptoms of exposure to this material through breathing,
 swallowing, and/or passage of the material through the skin may
 include: stomach or intestinal upset (nausea, vomiting, diarrhea)
 irritation (nose, throat, airways), central nervous system
 depression (dizziness, drowsiness, weakness, fatigue, nausea,
 headache, unconsciousness), low blood pressure, mild, temporary
 changes in the liver, effects on heart rate, respiratory
 depression (slowing of the breathing rate), loss of coordination,
 confusion, lung edema (fluid buildup in the lung tissue), kidney
 damage, coma.

Target Organ Effects
 Overexposure to this material (or its components) has been
 suggested as a cause of the following effects in laboratory
 animals: mild, reversible liver effects.

Developmental Information
 This material (or a component) has been shown to cause harm to the
 fetus in laboratory animal studies. Harm to the fetus occurs only
 at exposure levels that harm the pregnant animal. The relevance
 of these findings to humans is uncertain.

Cancer Information
 Based on the available information, this material cannot be
 classified with regard to carcinogenicity. This material is not
 listed as a carcinogen by the International Agency for Research on
 Cancer, the National Toxicology Program, or the Occupational
 Safety and Health Administration.

Other Health Effects
 No data

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland


ISOPROPANOL 99%

Page 003
Date Prepared: 03/06/02
Date Printed:  09/13/02
MSDS No: 315.0001444-002.001

---

Primary Route(s) of Entry
   Inhalation, Skin absorption, Skin contact, Eye contact, Ingestion.

---

4.  FIRST AID MEASURES

Eyes
   If symptoms develop, immediately move individual away from
   exposure and into fresh air.  Flush eyes gently with water for at
   least 15 minutes while holding eyelids apart; seek immediate
   medical attention.

Skin
   Remove contaminated clothing.  Wash exposed area with soap and
   water.  If symptoms persist, seek medical attention.  Launder
   clothing before reuse.

Swallowing
   Seek medical attention.  If individual is drowsy or unconscious,
   do not give anything by mouth; place individual on the left side
   with the head down.  Contact a physician, medical facility, or
   poison control center for advice about whether to induce vomiting.
   If possible, do not leave individual unattended.

Inhalation
   If symptoms develop, immediately move individual away from
   exposure and into fresh air.  Seek immediate medical attention;
   keep person warm and quiet.  If person is not breathing, begin
   artificial respiration.  If breathing is difficult, administer
   oxygen.

Note to Physicians
   This material is an aspiration hazard.  Potential danger from
   aspiration must be weighed against possible oral toxicity (See
   Section 3 - Swallowing) when deciding whether to induce vomiting.
   Preexisting disorders of the following organs (or organ systems)
   may be aggravated by exposure to this material:  skin, lung (for
   example, asthma-like conditions), kidney.

Continued on next page

Ashland



ISOPROPANOL 99%

---

5. FIRE FIGHTING MEASURES

Flash Point
    11.6      C (53.0      F) TCC

Explosive Limit
    No data

Autoignition Temperature
    398.8      C (750.0      F)

Hazardous Products of Combustion
    May form: carbon dioxide and carbon monoxide.

Fire and Explosion Hazards
    Vapors are heavier than air and may travel along the ground or may
    be moved by ventilation and ignited by pilot lights, other flames,
    sparks, heaters, smoking, electric motors, static discharge, or
    other ignition sources at locations distant from material handling
    point. Never use welding or cutting torch on or near drum (even
    empty) because product (even just residue) can ignite explosively.

Extinguishing Media
    alcohol foam, carbon dioxide, dry chemical.

Fire Fighting Instructions
    Water may be ineffective. Water may be used to keep fire-exposed
    containers cool until fire is out. Wear a self-contained
    breathing apparatus with a full facepiece operated in the positive
    pressure demand mode with appropriate turn-out gear and chemical
    resistant personal protective equipment. Refer to the personal
    protective equipment section of this MSDS.

NFPA Rating
    Not determined

NFPA 30 Classification
    Flammable Liquid Class IB
                    Continued on next page

Ashland

ISOPROPANOL 99%

6.  ACCIDENTAL RELEASE MEASURES

 Small Spill
    Absorb liquid on vermiculite, floor absorbent or other absorbent
    material.

Large Spill
    Eliminate all ignition sources (flares, flames including pilot
    lights, electrical sparks). Persons not wearing protective
    equipment should be excluded from area of spill until clean-up has
    been completed. Stop spill at source. Prevent from entering
    drains, sewers, streams or other bodies of water. Prevent from
    spreading. If runoff occurs, notify authorities as required.
    Pump or vacuum transfer spilled product to clean containers for
    recovery. Absorb unrecoverable product. Transfer contaminated
    absorbent, soil and other materials to containers for disposal.
    Per good environmental management practices, prevent run-off to
    sewers, streams and other bodies of water. Stop spill at the
    source. Cover sewer grates and dike the spill. Absorb spilled
    material on to absorbents. Shovel materials into container.
    Close container tightly and dispose of properly.

7.  HANDLING AND STORAGE

Handling
    Containers of this material may be hazardous when emptied. Since
    emptied containers retain product residues (vapor, liquid, and/or
    solid), all hazard precautions given in the data sheet must be
    observed. All five-gallon pails and larger metal containers,
    including tank cars and tank trucks, should be grounded and/or
    bonded when material is transferred. Warning. Sudden release of
    hot organic chemical vapors or mists from process equipment
    operating at elevated temperature and pressure, or sudden ingress
    of air into vacuum equipment, may result in ignitions without the
    presence of obvious ignition sources. Published "autoignition" or
    "ignition" temperature values cannot be treated as safe operating
    temperatures in chemical processes without analysis of the actual
    process conditions. Any use of this product in elevated
    temperature processes should be thoroughly evaluated to establish
    and maintain safe operating conditions.

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

Page 006
Date Prepared: 03/06/02
Date Printed:  09/13/02
MSDS No: 315.0001444-002.001

ISOPROPANOL 99%



8.  EXPOSURE CONTROLS/PERSONAL PROTECTION

 protection
    Chemical splash goggles in compliance with OSHA regulations are
    advised; however, OSHA regulations also permit other type safety
    glasses.  Consult your safety representative.

Skin Protection
    Wear resistant gloves (consult your safety equipment supplier).
    To prevent repeated or prolonged skin contact, wear impervious
    clothing and boots.

Respiratory Protections
    If workplace exposure limit(s) of product or any component is
    exceeded (see exposure guidelines), a NIOSH/MSHA approved air
    supplied respirator is advised in absence of proper environmental
    control.  OSHA regulations also permit other NIOSH/MSHA
    respirators (negative pressure type) under specified conditions
    (see your industrial hygienist).  Engineering or administrative
    controls should be implemented to reduce exposure.

Engineering Controls
    Provide sufficient mechanical (general and/or local exhaust)
    ventilation to maintain exposure below TLV(s).

Exposure Guidelines
Component
----------

ISOPROPANOL (67-63-0)
    ACGIH TLV 200.000 ppm - TWA
    ACGIH TLV 400.000 ppm - STEL

---

9.  PHYSICAL AND CHEMICAL PROPERTIES

Boiling Point
    (for product) TB -17.7 C (.0 -LIKE ) @ 760 mmHg

Continued on next page


MATERIAL SAFETY DATA SHEET

Ashland                              Page 007
                                     Date Prepared: 03/06/02
                                     Date Printed:  09/13/02
                                     MSDS No: 315.0001444-002.001
ISOPROPANOL 99%



0628

Vapor Pressure
     (for product) 33.000 mmHg @ 68.00 F

ific Vapor Density
     2.070        @ AIR=1

Specific Gravity
     .789 @ 60.00 F

Liquid Density
     6.550 lbs/gal @ 68.00 F
     .789 kg/l @ 15.60 C

Percent Volatiles
     100.0      %

Volatile Organic Compounds (VOC)
     100.000 %
     789.000 g/l
     6.550 lbs/gal

Evaporation Rate
     7.70 (ETHYL ETHER )

Appearance
     TRANSPARENT

State
     LIQUID

ysical Form
     NEAT

Color
     CLEAR, PT-CO COLOR 10 MAX

Odor
     SLIGHT ETHANOL/ACETONE-LIKE

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

ISOPROPANOL 99%

pH
    No data

osity
    2.4        cps

Freezing Point
    -88.8        C· (-128.0      F)

Molecular Weight
    60.1

Solubility in Water
    100%

Octanol/Water Partition Coefficient
    1.400

Bulk Density
    .880 lbs/ft3

---

10. STABILITY AND REACTIVITY

Hazardous Polymerization
    Product will not undergo hazardous polymerization.

Hazardous Decomposition
    May form: carbon dioxide and carbon monoxide.

ical Stability
    Stable.

Incompatibility
    Avoid contact with: acetaldehyde, acids, chlorine, ethylene oxide
    isocyanates, strong oxidizing agents. Do not use with aluminum
    equipment at temperatures above 120 degrees F..

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland                                    Page 009
                                           Date Prepared: 03/06/02
                                           Date Printed:  09/13/02
                                           MSDS No: 315.0001444-002.001
ISOPROPANOL 99%



## 11. TOXICOLOGICAL INFORMATION

50 and LC 50 Data

ISOPROPANOL (CAS# 67-63-0)
Oral LD50 (rat): 5045 mg/kg
Dermal LD50 (rabbit): 12,800 mg/kg
Inhalation LC50 (rat, 4 hour): 16,000 ppm

## 12. ECOLOGICAL INFORMATION

No data

## 13. DISPOSAL CONSIDERATION

Waste Management Informaiton
Dispose of in accordance with all applicable local, state and
federal regulations. For assistance with your waste management
needs - including disposal, recycling and waste stream reduction,
contact Ashland Distribution Company, IC&S Environmental Services
Group at 800-637-7922.

## 14. TRANSPORTATION INFORMATION

G Information
TDG Description:
ISOPROPANOL,3,UN1219,II

Container/Mode
55 GAL DRUM/TRUCK PACKAGE

NOS Component:
None

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

Page 010
Date Prepared: 03/06/02
Date Printed: 09/13/02
MSDS No: 315.0001444-002.001

ISOPROPANOL 99%



Other Transportation Information
    The DOT Transport Information may vary with the container and mode
    of shipment.

---

15. REGULATORY INFORMATION

Canada

WHMIS Classification

    Class A - Compressed Gas

      Does not meet criteria

    Class B - Flammmable & Combustible Material

      B2 - Flammable and combustible material - Flammable liquid

    Class C - Oxidizing Material

      Does not meet criteria

    Class D - Poisonous & Infectious - Division 1

      Does not meet criteria

    Class D - Poisonous & Infectious - Division 2

      D2B - Poisonous and infectious material - Other effects - Toxic

    Class E - Corrosive Material

      Does not meet criteria

    Class F - Dangerously Reactive Material

      Does not meet criteria

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

ISOPROPANOL 99%

This product has been classified in accordance with the hazard criteria of the CPR and the MSDS contains all the information required by the CPR.

DSL (Domestic Substance List) Status

DSL (CANADA) The intentional ingredients of this product are listed.

International Regulations

Inventory Status

ACOIN (AUSTRALIA) The intentional ingredients of this product are listed.
AICS (AUSTRALIA) The intentional ingredients of this product are listed.
CICS (CHINESE) The intentional ingredients of this product are listed.
ECL (SOUTH KOREA) The intentional ingredients of this product are listed.
EINECS (EUROPE) The intentional ingredients of this product are listed.
ENCS (JAPAN) The intentional ingredients of this product are listed.
PICCS (PHILIPPINES) The intentional ingredients of this product are listed.
SWISS (SWITZERLAND) The intentional ingredients of this product are listed.
TSCA (UNITED STATES) The intentional ingredients of this product are listed.

OTHER INFORMATION

The information accumulated herein is believed to be accurate but is not warranted to be whether originating with the company or not. Recipients are advised to confirm in advance of need that the information is current, applicable, and suitable to their circumstances.

Last page

SOURCE:ASHLAND INC WTR     EASYWTR

Ashland

BLEND 3078 C

## 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**Material Identity**
Product Name: BLEND 3078 C
SAP Material No: 2704704 415 00A
General or Generic ID: SOLVENT BLEND

**Company**
Ashland
Ashland Distribution Co. &
Ashland Specialty Chemical Co.
P. O. Box 2219
Columbus, OH 43216
614-790-3333

**Emergency Telephone Number:**
1-800-ASHLAND (1-800-274-5263)
24 hours everyday

Regulatory Information Number:
1-800-325-3751

## 2. COMPOSITION/INFORMATION ON INGREDIENTS



| Ingredient(s) | CAS Number | % (by volume) |
|---|---|---|
| ALIPHATIC HYDROCARBONS (STODDARD TYPE) | 8052-41-3 | 28.0- 32.0 |
| AROMATIC PETROLEUM DISTILLATES | 64742-95-6 | 18.0- 22.0 |
| ALIPHATIC PETROLEUM DISTILLATES | 64742-89-8 | 18.0- 22.0 |
| ISOPROPANOL | 67-63-0 | 13.0- 17.0 |
| ACETONE | 67-64-1 | 13.0- 17.0 |
| 1,2,4-TRIMETHYLBENZENE | 95-63-6 | 4.0- 4.0 |
| 1,3,5-TRIMETHYLBENZENE | 108-67-8 | 1.0- 3.8 |
| XYLENE | 1330-20-7 | 1.4- 1.4 |

## 3. HAZARDS IDENTIFICATION

**Potential Health Effects**

**Eye**
Can cause eye irritation. Symptoms include stinging, tearing, redness, and swelling of eyes.

**Skin**
Can cause skin irritation. Prolonged or repeated contact may dry the skin. Symptoms may include redness, burning, and drying and cracking of skin, burns and other skin damage. Passage of this material into the body through the skin is possible, but it is unlikely that this would result in harmful effects during safe handling and use.

**Swallowing**
Swallowing small amounts of this material during normal handling is not likely to cause harmful effects. Swallowing large amounts may be harmful. This material can get into the lungs during swallowing or vomiting. This results in lung inflammation and other lung injury.

**Inhalation**
Breathing of vapor or mist is possible. Breathing small amounts of this material during normal handling is not likely to cause harmful effects. Breathing large amounts may be harmful. Symptoms usually occur at air concentrations higher than the recommended exposure limits (See Section 8).

Continued on next page

0688

MATERIAL SAFETY DATA SHEET

Ashland

BLEND 3078 C

Page 002
Date Prepared: 10/31/01
Date Printed: 01/08/02
MSDS No: 301.0293236-004.004

## Symptoms of Exposure

Signs and symptoms of exposure to this material through breathing, swallowing, and/or passage of the material through the skin may include:  mouth and throat irritation (soreness, dry or scratchy feeling, cough), stomach or intestinal upset (nausea, vomiting, diarrhea), irritation (nose, throat, airways), cough, central nervous system depression (dizziness, drowsiness, weakness, fatigue, nausea, headache, unconsciousness) and other central nervous system effects, temporary changes in mood and behavior, low blood pressure, mild, temporary changes in the liver, effects on heart rate, respiratory depression (slowing of the breathing rate), shortness of breath, loss of coordination, confusion, irregular heartbeat, high blood sugar, lung edema (fluid buildup in the lung tissue), kidney damage, coma.

## Target Organ Effects

Exposure to this material (or a component) has been found to cause kidney damage in male rats.  The mechanism by which this toxicity occurs is specific to the male rat and the kidney effects are not expected to occur in humans. This material (or a component) shortens the time of onset or worsens the liver and kidney damage induced by other chemicals.  Prolonged intentional toluene abuse may lead to hearing loss progressing to deafness.  In addition, while noise is known to cause hearing loss in humans, it has been suggested that workers exposed to organic solvents, including toluene, along with noise may suffer greater hearing loss than would be expected from exposure to noise alone.  Overexposure to this material (or its components) has been suggested as a cause of the following effects in laboratory animals:  mild, reversible liver effects, mild, reversible kidney effects, blood abnormalities, cardiac sensitization, cataracts, kidney damage, effects on hearing, central nervous system damage.

## Developmental Information

This material (or a component) has been shown to cause birth defects in laboratory animal studies.  The relevance of these findings to humans is uncertain.  This material (or a component) has been shown to cause harm to the fetus in laboratory animal studies.  Harm to the fetus occurs only at exposure levels that harm the pregnant animal.  The relevance of these findings to humans is uncertain.

## Cancer Information

Based on the available information, this material cannot be classified with regard to carcinogenicity.  This material is not listed as a carcinogen by the International Agency for Research on Cancer, the National Toxicology Program, or the Occupational Safety and Health Administration.

## Other Health Effects

No data

## Primary Route(s) of Entry

Inhalation, Skin absorption, Skin contact, Eye contact, Ingestion.

## 4:  FIRST AID MEASURES

## Eyes

If symptoms develop, immediately move individual away from exposure and into fresh air.  Flush eyes gently with water for at least 15 minutes while holding eyelids apart; seek immediate medical attention.

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

BLEND 3078 C

Page 003
Date Prepared: 10/31/01
Date Printed: 01/08/02
MSDS No: 301.0293236-004.004

**Skin**

Remove contaminated clothing. Flush exposed area with large amounts of water. If skin is damaged, seek immediate medical attention. If skin is not damaged and symptoms persist, seek medical attention. Launder clothing before reuse.

**Swallowing**

Seek medical attention. If individual is drowsy or unconscious, do not give anything by mouth; place individual on the left side with the head down. Contact a physician, medical facility, or poison control center for advice about whether to induce vomiting. If possible, do not leave individual unattended.

**Inhalation**

If symptoms develop, immediately move individual away from exposure and into fresh air. Seek immediate medical attention; keep person warm and quiet. If person is not breathing, begin artificial respiration. If breathing is difficult, administer oxygen.

**Note to Physicians**

Inhalation of high concentrations of this material, as could occur in enclosed spaces or during deliberate abuse, may be associated with cardiac arrhythmias. Sympathomimetic drugs may initiate cardiac arrhythmias in persons exposed to this material. This material is an aspiration hazard. Potential danger from aspiration must be weighed against possible oral toxicity (See Section 3 – Swallowing) when deciding whether to induce vomiting. This material (or a component) has produced hyperglycemia and ketosis following substantial ingestion. Preexisting disorders of the following organs (or organ systems) may be aggravated by exposure to this material: skin, lung (for example, asthma-like conditions), liver, kidney, blood-forming system, auditory system, eye. Individuals with preexisting heart disorders may be more susceptible to arrhythmias (irregular heartbeats) if exposed to high concentrations of this material.

---

## 5.   FIRE FIGHTING MEASURES

**Flash Point**

< -1.0 °F (-18.3 °C) TCC

**Explosive Limit**

(for component) Lower

**Autoignition Temperature**

No data

**Hazardous Products of Combustion**

May form: carbon dioxide and carbon monoxide, various hydrocarbons.

**Fire and Explosion Hazards**

Material is highly volatile and readily gives off vapors which may travel along the ground or be moved by ventilation and ignited by pilot lights, other flames, sparks, heaters, smoking, electric motors, static discharge, or other ignition sources at locations distant from material handling point. Never use welding or cutting torch on or near drum (even empty) because product (even just residue) can ignite explosively.

Continued on next page

0690

MATERIAL SAFETY DATA SHEET

Ashland

Page 004
Date Prepared: 10/31/01
Date Printed: 01/08/02
MSDS No: 301.0293236-004.004

BLEND 3078 C

**Extinguishing Media**
regular foam, carbon dioxide, dry chemical.

**Fire Fighting Instructions**
Wear a self-contained breathing apparatus with a full facepiece operated in the positive pressure demand mode with appropriate turn-out gear and chemical resistant personal protective equipment. Refer to the personal protective equipment section of this MSDS.

**NFPA Rating**
Not determined

## 6.  ACCIDENTAL RELEASE MEASURES

**Small Spill**
Absorb liquid on vermiculite, floor absorbent or other absorbent material.

**Large Spill**
Eliminate all ignition sources (flares, flames including pilot lights, electrical sparks). Persons not wearing protective equipment should be excluded from area of spill until clean-up has been completed. Stop spill at source. Prevent from entering drains, sewers, streams or other bodies of water. Prevent from spreading. If runoff occurs, notify authorities as required. Pump or vacuum transfer spilled product to clean containers for recovery. Absorb unrecoverable product. Transfer contaminated absorbent, soil and other materials to containers for disposal. Prevent run-off to sewers, streams or other bodies of water. If run-off occurs, notify proper authorities as required, that a spill has occurred.

## 7.  HANDLING AND STORAGE

**Handling**
Containers of this material may be hazardous when emptied. Since emptied containers retain product residues (vapor, liquid, and/or solid), all hazard precautions given in the data sheet must be observed. All five-gallon pails, and larger metal containers, including tank cars and tank trucks, should be grounded and/or bonded when material is transferred. Warning. Sudden release of hot organic chemical vapors or mists from process equipment operating at elevated temperature and pressure, or sudden ingress of air into vacuum equipment, may result in ignitions without the presence of obvious ignition sources. Published "autoignition" or "ignition" temperature values cannot be treated as safe operating temperatures in chemical processes without analysis of the actual process conditions. Any use of this product in elevated temperature processes should be thoroughly evaluated to establish and maintain safe operating conditions.

## 8.  EXPOSURE CONTROLS/PERSONAL PROTECTION

**Eye Protection**
Chemical splash goggles in compliance with OSHA regulations are advised; however, OSHA regulations also permit other type safety glasses. Consult your safety representative.

Continued on next page

0691

Ashland

BLEND 3078 C

---

## Skin Protection
Wear resistant gloves (consult your safety equipment supplier). To prevent repeated or prolonged skin contact, wear impervious clothing and boots.

## Respiratory Protections
If workplace exposure limit(s) of product or any component is exceeded (see exposure guidelines), a NIOSH/MSHA approved air supplied respirator is advised in absence of proper environmental control. OSHA regulations also permit other NIOSH/MSHA respirators (negative pressure type) under specified conditions (see your industrial hygienist). Engineering or administrative controls should be implemented to reduce exposure.

## Engineering Controls
Provide sufficient mechanical (general and/or local exhaust) ventilation to maintain exposure below TLV(s).

## Exposure Guidelines
Component

ALIPHATIC HYDROCARBONS (STODDARD TYPE) (8052-41-3)
OSHA PEL 500.000 ppm - TWA
OSHA VPEL 100.000 ppm - TWA
ACGIH TLV 100.000 ppm - TWA

AROMATIC PETROLEUM DISTILLATES (64742-95-6)
No exposure limits established

ALIPHATIC PETROLEUM DISTILLATES (64742-89-8)
No exposure limits established

ISOPROPANOL (67-63-0)
OSHA PEL 400.000 ppm - TWA
OSHA VPEL 400.000 ppm - TWA
OSHA VPEL 500.000 ppm - STEL
ACGIH TLV 400.000 ppm - TWA
ACGIH TLV 500.000 ppm - STEL

ACETONE (67-64-1)
OSHA PEL 1000.000 ppm - TWA
OSHA VPEL 750.000 ppm - TWA
OSHA VPEL 1000.000 ppm - STEL
ACGIH TLV 500.000 ppm - TWA
ACGIH TLV 750.000 ppm - STEL

1,2,4-TRIMETHYLBENZENE (95-63-6)
No exposure limits established

1,3,5-TRIMETHYLBENZENE (108-67-8)
No exposure limits established

XYLENE (1330-20-7)
OSHA PEL 100.000 ppm - TWA
OSHA VPEL 100.000 ppm - TWA
OSHA VPEL 150.000 ppm - STEL
ACGIH TLV 100.000 ppm - TWA
ACGIH TLV 150.000 ppm - STEL

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

Page 006
Date Prepared: 10/31/01
Date Printed:  01/08/02
MSDS No: 301.0293236-004.004

BLEND 3078 C

## 9.   PHYSICAL AND CHEMICAL PROPERTIES

**Boiling Point**
    (for component) 133.0 F (56.1 C) @ 760 mmHg

**Vapor Pressure**
    (for component) 185.000 mmHg @ 68.00 F

**Specific Vapor Density**
    > 1.000      @ AIR=1

**Specific Gravity**
    .793 @ 77.00 F

**Liquid Density**
    6.600 lbs/gal @ 77.00 F
    .793 kg/l @ 25.00 C

**Percent Volatiles**
    100.0    %

**Evaporation Rate**
    SLOWER THAN ETHYL ETHER

**Appearance**
    No data

**State**
    LIQUID

**Physical Form**
    HOMOGENEOUS SOLUTION

**Color**
    No data

**Odor**
    No data

**pH**
    Not applicable

## 10.   STABILITY AND REACTIVITY

**Hazardous Polymerization**
    Product will not undergo hazardous polymerization.

**Hazardous Decomposition**
    May form:  carbon dioxide and carbon monoxide, various hydrocarbons.

**Chemical Stability**
    Stable.

Continued on next page

0693

Ashland

BLEND 3078 C

**Incompatibility**
Avoid contact with: acetaldehyde, acids, chlorine, ethylene oxide, isocyanates strong oxidizing agents, Do not use with aluminum equipment at temperatures above 120 degrees F..

## 11. TOXICOLOGICAL INFORMATION

No data

## 12. ECOLOGICAL INFORMATION

No data

## 13. DISPOSAL CONSIDERATION

**Waste Management Information**
Dispose of in accordance with all applicable local, state and federal regulations. For assistance with your waste management needs - including disposal, recycling and waste stream reduction, contact Ashland Distribution Company, IC&S Environmental Services Group at 800-637-7922.

## 14. TRANSPORT INFORMATION

DOT Information - 49 CFR 172.101
 **DOT Description:**
 PAINT RELATED MATERIAL,3,UN1263,II

 **Container/Mode:**
 55 GAL DRUM/TRUCK PACKAGE

 **NOS Component:**
 None

RQ (Reportable Quantity) - 49 CFR 172.101
 Product Quantity (lbs) Component

| 11302 | XYLENES (O-, M-, P- ISOMERS) |
| 33382 | ACETONE |

**Other Transportation Information**
The DOT Transport Information may vary with the container and mode of shipment.

## 15. REGULATORY INFORMATION

**US Federal Regulations**
 TSCA (Toxic Substances Control Act) Status
 TSCA (UNITED STATES) The intentional ingredients of this product are listed.

Continued on next page

MATERIAL SAFETY DATA SHEET

Page 008
Date Prepared: 10/31/01
Date Printed:  01/08/02
MSDS No: 301.0293236-004.004

---

**CERCLA RQ — 40 CFR 302.4(a)**

| Component | RQ (lbs) |
| --- | --- |
| ACETONE | 5000 |
| XYLENES (O-, M-, P- ISOMERS) | 1000 |

**CERCLA RQ — 40 CFR 302.4(b)**
Materials without a "listed" RQ may be reportable as an "unlisted"
hazardous substance". See 40 CFR 302.5 (b).

**SARA 302 Components — 40 CFR 355 Appendix A**
None

**Section 311/312 Hazard Class — 40 CFR 370.2**
Immediate(X)   Delayed(X)   Fire(X)   Reactive( )   Sudden Release of
Pressure( )

**SARA 313 Components — 40 CFR 372.65**

| Section 313 Component(s) | CAS Number | % |
| --- | --- | --- |
| 1,2,4-TRIMETHYLBENZENE | 95-63-6 | 4.00 |
| XYLENE (MIXED ISOMERS) | 1330-20-7 | 1.40 |

**OSHA Process Safety Management  29 CFR 1910**
None listed

**EPA Accidental Release Prevention 40 CFR 68**
None listed

**International Regulations**
**Inventory Status**
Not determined

**State and Local Regulations**
**California Proposition 65**
The following statement is made in order to comply with the California Safe
Drinking Water and Toxic Enforcement Act of 1986: This product contains the
following substance(s) known to the state of California to cause cancer.
BENZENE

The following statement is made in order to comply with the California Safe
Drinking Water and Toxic Enforcement Act of 1986: This product contains the
following substance(s) known to the state of California to cause
reproductive harm.
TOLUENE
BENZENE

**New Jersey RTK Label Information**

| | |
| --- | --- |
| STODDARD SOLVENT | 8052-41-3 |
| NAPHTHA, SOLVENT | 64742-89-8 |
| ISOPROPYL ALCOHOL | 67-63-0 |
| ACETONE | 67-64-1 |
| PSEUDOCUMENE | 95-63-6 |
| 1,3,5-TRIMETHYLBENZENE | 108-67-8 |
| XYLENES | 1330-20-7 |

Continued on next page

0695

Ashland

·BLEND 3078 C

---

**Pennsylvania RTK Label Information**

| | |
|---|---|
| STODDARD SOLVENT | 8052-41-3 |
| 2-PROPANOL | 67-63-0 |
| 2-PROPANONE | 67-64-1 |
| PSEUDOCUMENE | 95-63-6 |
| BENZENE, DIMETHYL- | 1330-20-7 |

---

16.  OTHER INFORMATION

The information accumulated herein is believed to be accurate but is not
warranted to be whether originating with the company or not. Recipients are
advised to confirm in advance of need that the information is current,
applicable, and suitable to their circumstances.

Last page

Ashland

BLEND 3078 C

---

## 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

### Material Identity
Product Name: BLEND 3078 C
Product Code: 2704704
General or Generic ID: SOLVENT BLEND

Company
    Ashland
    Ashland Distribution Co. &
    Ashland Specialty Chemical Co.
    P. O. Box 2219
    Columbus, OH 43216
    614-790-3333

Emergency Telephone Number:
1-800-ASHLAND  (1-800-274-5263)
24 hours everyday

Regulatory Information Number:
1-800-325-3751

---

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

| Ingredient(s) | CAS Number | % (by volume) |
|---|---|---|
| ALIPHATIC HYDROCARBONS (STODDARD TYPE) | 8052-41-3 | 28.0- 32.0 |
| AROMATIC PETROLEUM DISTILLATES | 64742-95-6 | 18.0- 22.0 |
| ALIPHATIC PETROLEUM DISTILLATES | 64742-89-8 | 18.0- 22.0 |
| ISOPROPANOL | 67-63-0 | 13.0- 17.0 |
| ACETONE | 67-64-1 | 13.0- 17.0 |
| 1,2,4-TRIMETHYLBENZENE | 95-63-6 | 4.0- 4.0 |
| 1,3,5-TRIMETHYLBENZENE | 108-67-8 | 1.0- 3.8 |
| XYLENE | 1330-20-7 | 1.4- 1.4 |

---

## 3. HAZARDS IDENTIFICATION

### Potential Health Effects

Eye
    Can cause eye irritation. Symptoms include stinging, tearing, redness, and
    swelling of eyes.

Skin
    Can cause skin irritation. Prolonged or repeated contact may dry the skin.
    Symptoms may include redness, burning, and drying and cracking of skin, burns
    and other skin damage. Passage of this material into the body through the skin
    is possible, but it is unlikely that this would result in harmful effects
    during safe handling and use.

Swallowing
    Swallowing small amounts of this material during normal handling is not likely
    to cause harmful effects. Swallowing large amounts may be harmful. This
    material can get into the lungs during swallowing or vomiting. This results in
    lung inflammation and other lung injury.

Inhalation
    Breathing of vapor or mist is possible. Breathing small amounts of this
    material during normal handling is not likely to cause harmful effects.
    Breathing large amounts may be harmful. Symptoms usually occur at air
    concentrations higher than the recommended exposure limits (See Section 8).

Continued on next page



Ashland

BLEND 3078 C

## Symptoms of Exposure
Signs and symptoms of exposure to this material through breathing, swallowing,
and/or passage of the material through the skin may include: mouth and throat
irritation (soreness, dry or scratchy feeling, cough), stomach or intestinal
upset (nausea, vomiting, diarrhea), irritation (nose, throat, airways), cough,
central nervous system depression (dizziness, drowsiness, weakness, fatigue,
nausea, headache, unconsciousness) and other central nervous system effects,
temporary changes in mood and behavior, low blood pressure, mild, temporary
changes in the liver, effects on heart rate, respiratory depression (slowing of
the breathing rate), shortness of breath, loss of coordination, confusion,
irregular heartbeat, high blood sugar, lung edema (fluid buildup in the lung
tissue), kidney damage, coma.

## Target Organ Effects
Exposure to this material (or a component) has been found to cause kidney
damage in male rats. The mechanism by which this toxicity occurs is specific
to the male rat and the kidney effects are not expected to occur in humans.
This material (or a component) shortens the time of onset or worsens the liver
and kidney damage induced by other chemicals. Prolonged intentional toluene
abuse may lead to hearing loss progressing to deafness. In addition, while
noise is known to cause hearing loss in humans, it has been suggested that
workers exposed to organic solvents, including toluene, along with noise may
suffer greater hearing loss than would be expected from exposure to noise
alone. Overexposure to this material (or its components) has been suggested as
a cause of the following effects in laboratory animals: mild, reversible liver
effects, mild, reversible kidney effects, blood abnormalities, cardiac
sensitization, cataracts, kidney damage, effects on hearing, central nervous
system damage.

## Developmental Information
This material (or a component) has been shown to cause birth defects in
laboratory animal studies. The relevance of these findings to humans is
uncertain. This material (or a component) has been shown to cause harm to the
fetus in laboratory animal studies. Harm to the fetus occurs only at exposure
levels that harm the pregnant animal. The relevance of these findings to
humans is uncertain.

## Cancer Information
Based on the available information, this material cannot be classified with
regard to carcinogenicity. This material is not listed as a carcinogen by the
International Agency for Research on Cancer, the National Toxicology Program,
or the Occupational Safety and Health Administration.

## Other Health Effects
No data

## Primary Route(s) of Entry
Inhalation, Skin absorption, Skin contact, Eye contact, Ingestion.

## 4. FIRST AID MEASURES

### Eyes
If symptoms develop, immediately move individual away from exposure and into
fresh air. Flush eyes gently with water for at least 15 minutes while holding
eyelids apart; seek immediate medical attention.

Continued on next page

### Skin
Remove contaminated clothing. Flush exposed area with large amounts of water. If skin is damaged, seek immediate medical attention. If skin is not damaged and symptoms persist, seek medical attention. Launder clothing before reuse.

### Swallowing
Seek medical attention. If individual is drowsy or unconscious, do not give anything by mouth; place individual on the left side with the head down. Contact a physician, medical facility, or poison control center for advice about whether to induce vomiting. If possible, do not leave individual unattended.

### Inhalation
If symptoms develop, immediately move individual away from exposure and into fresh air. Seek immediate medical attention; keep person warm and quiet. If person is not breathing, begin artificial respiration. If breathing is difficult, administer oxygen.

### Note to Physicians
Inhalation of high concentrations of this material, as could occur in enclosed spaces or during deliberate abuse, may be associated with cardiac arrhythmias. Sympathomimetic drugs may initiate cardiac arrhythmias in persons exposed to this material. This material is an aspiration hazard. Potential danger from aspiration must be weighed against possible oral toxicity (See Section 3 – Swallowing) when deciding whether to induce vomiting. This material (or a component) has produced hyperglycemia and ketosis following substantial ingestion. Preexisting disorders of the following organs (or organ systems) may be aggravated by exposure to this material: skin, lung (for example, asthma-like conditions), liver, kidney, auditory system, eye. Individuals with preexisting heart disorders may be more susceptible to arrhythmias (irregular heartbeats) if exposed to high concentrations of this material.

---

## 5.    FIRE FIGHTING MEASURES

### Flash Point
< -1.0    F (-18.3 . C) TCC

### Explosive Limit
(for component) Lower .9        %

### Autoignition Temperature
No data

### Hazardous Products of Combustion
May form: carbon dioxide and carbon monoxide, various hydrocarbons.

### Fire and Explosion Hazards
Material is highly volatile and readily gives off vapors which may travel along the ground or be moved by ventilation and ignited by pilot lights, other flames, sparks, heaters, smoking, electric motors, static discharge, or other ignition sources at locations distant from material handling point. Never use welding or cutting torch on or near drum (even empty) because product (even just residue) can ignite explosively.

Continued on next page