Ashland



BLEND 3078 C

## Extinguishing Media
regular foam, carbon dioxide, dry chemical.

## Fire Fighting Instructions
Wear a self-contained breathing apparatus with a full facepiece operated in the positive pressure demand mode with appropriate turn-out gear and chemical resistant personal protective equipment. Refer to the personal protective equipment section of this MSDS.

## NFPA Rating
Not determined

## 6. ACCIDENTAL RELEASE MEASURES

### Small Spill
Absorb liquid on vermiculite, floor absorbent or other absorbent material.

### Large Spill
Eliminate all ignition sources (flares, flames including pilot lights, electrical sparks). Persons not wearing protective equipment should be excluded from area of spill until clean-up has been completed. Stop spill at source. Prevent from entering drains, sewers, streams or other bodies of water. Prevent from spreading. If runoff occurs, notify authorities as required. Pump or vacuum transfer spilled product to clean containers for recovery. Absorb unrecoverable product. Transfer contaminated absorbent, soil and other materials to containers for disposal. Prevent run-off to sewers, streams or other bodies of water. If run-off occurs, notify proper authorities as required, that a spill has occurred.

## 7. HANDLING AND STORAGE

### Handling
Containers of this material may be hazardous when emptied. Since emptied containers retain product residues (vapor, liquid, and/or solid), all hazard precautions given in the data sheet must be observed. All five-gallon pails and larger metal containers, including tank cars and tank trucks, should be grounded and/or bonded when material is transferred. Warning. Sudden release of hot organic chemical vapors or mists from process equipment operating at elevated temperature and pressure, or sudden ingress of air into vacuum equipment, may result in ignitions without the presence of obvious ignition sources. Published "autoignition" or "ignition" temperature values cannot be treated as safe operating temperatures in chemical processes without analysis of the actual process conditions. Any use of this product in elevated temperature processes should be thoroughly evaluated to establish and maintain safe operating conditions.

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

### Eye Protection
Chemical splash goggles in compliance with OSHA regulations are advised; however, OSHA regulations also permit other type safety glasses. Consult your safety representative.

Continued on next page

Ashland

**BLEND 3078 C**

## Skin Protection

Wear resistant gloves (consult your safety equipment supplier)., To prevent repeated or prolonged skin contact, wear impervious clothing and boots..

## Respiratory Protections

If workplace exposure limit(s) of product or any component is exceeded (see exposure guidelines), a NIOSH/MSHA approved air supplied respirator is advised in absence of proper environmental control. OSHA regulations also permit other NIOSH/MSHA respirators (negative pressure type) under specified conditions (see your industrial hygienist). Engineering or administrative controls should be implemented to reduce exposure.

## Engineering Controls

Provide sufficient mechanical (general and/or local exhaust) ventilation to maintain exposure below TLV(s).

## Exposure Guidelines

Component
-----------

ALIPHATIC HYDROCARBONS (STODDARD TYPE) (8052-41-3)
OSHA PEL 500.000 ppm - TWA
OSHA VPEL 100.000 ppm - TWA
ACGIH TLV 100.000 ppm - TWA

AROMATIC PETROLEUM DISTILLATES (64742-95-6)
No exposure limits established

ALIPHATIC PETROLEUM DISTILLATES (64742-89-8)
No exposure limits established

ISOPROPANOL (67-63-0)
OSHA PEL 400.000 ppm - TWA
OSHA VPEL 400.000 ppm - TWA
OSHA VPEL 500.000 ppm - STEL
ACGIH TLV 400.000 ppm - TWA
ACGIH TLV 500.000 ppm - STEL

ACETONE (67-64-1)
OSHA PEL 1000.000 ppm - TWA
OSHA VPEL 750.000 ppm - TWA
OSHA VPEL 1000.000 ppm - STEL
ACGIH TLV 500.000 ppm - TWA
ACGIH TLV 750.000 ppm - STEL

1,2,4-TRIMETHYLBENZENE (95-63-6)
No exposure limits established

1,3,5-TRIMETHYLBENZENE (108-67-8)
No exposure limits established

XYLENE (1330-20-7)
OSHA PEL 100.000 ppm - TWA
OSHA VPEL 100.000 ppm - TWA
OSHA VPEL 150.000 ppm - STEL
ACGIH TLV 100.000 ppm - TWA
ACGIH TLV 150.000 ppm - STEL

Continued on next page



Ashland

BLEND 3078 C

Page 006
Date Prepared: 08/03/99
Date Printed: 01/08/01
MSDS No: 301.0293236-004.002

## 9.   PHYSICAL AND CHEMICAL PROPERTIES

**Boiling Point**
(for component) 133.0 F (56.1 C) @ 760 mmHg

**Vapor Pressure**
(for component) 185.000 mmHg @ 68.00 F

**Specific Vapor Density**
\> 1.000     @ AIR=1

**Specific Gravity**
.793 @ 77.00 F

**Liquid Density**
6.600 lbs/gal @ 77.00 F
.793 kg/l @ 25.00 C

**Percent Volatiles**
100.0     %

**Evaporation Rate**
SLOWER THAN ETHYL ETHER

**Appearance**
No data

**State**
LIQUID

**Physical Form**
HOMOGENEOUS SOLUTION

**Color**
No data

**Odor**
No data

**pH**
Not applicable

## 10.   STABILITY AND REACTIVITY

**Hazardous Polymerization**
Product will not undergo hazardous polymerization.

**Hazardous Decomposition**
May form:  carbon dioxide and carbon monoxide, various hydrocarbons.

**Chemical Stability**
Stable.

Continued on next page

0703

Ashland

BLEND 3078 C

---

Incompatibility
    Avoid contact with: acetaldehyde, acids, chlorine, ethylene oxide, isocyanates
    strong oxidizing agents, Do not use with aluminum equipment at temperatures
    above 120 degrees F..

## 11. TOXICOLOGICAL INFORMATION

No data

---

## 12. ECOLOGICAL INFORMATION

No data

---

## 13. DISPOSAL CONSIDERATION

Waste Management Information
    Dispose of in accordance with all applicable local, state and federal
    regulations. For assistance with your waste management needs — including
    disposal, recycling and waste stream reduction, contact Ashland Distribution
    Company, IC&S Environmental Services Group at 800-637-7922.

---

## 14. TRANSPORT INFORMATION

DOT Information — 49 CFR 172.101
    DOT Description:
        PAINT RELATED MATERIAL,3,UN1263,II

    Container/Mode:
        55 GAL DRUM/TRUCK PACKAGE

    NOS Component:
        None

RQ (Reportable Quantity) — 49 CFR 172.101
    Product Quantity (lbs) Component

| Product Quantity (lbs) | Component |
| --- | --- |
| 11302 | XYLENES (O-, M-, P- ISOMERS) |
| 33382 | ACETONE |

---

## 15. REGULATORY INFORMATION

US Federal Regulations
    TSCA (Toxic Substances Control Act) Status
        TSCA (UNITED STATES) The intentional ingredients of this product are listed.

Continued on next page



Ashland

BLEND 3078 C

---

**CERCLA RQ - 40 CFR 302.4(a)**

| Component | RQ (lbs) |
|---|---|
| ACETONE | 5000 |
| XYLENES (O-, M-, P- ISOMERS) | 1000 |

**CERCLA RQ - 40 CFR 302.4(b)**
Materials without a "listed" RQ may be reportable as an "unlisted hazardous substance". See 40 CFR 302.5 (b).

**SARA 302 Components - 40 CFR 355 Appendix A**
None

**Section 311/312 Hazard Class - 40 CFR 370:2.**
Immediate(X)   Delayed(X)   Fire(X)   Reactive( )   Sudden Release of Pressure( )

**SARA 313 Components - 40 CFR 372.65**

| Section 313 Component(s) | CAS Number | % |
|---|---|---|
| 1,2,4-TRIMETHYLBENZENE | 95-63-6 | 4.00 |
| XYLENE (MIXED ISOMERS) | 1330-20-7 | 1.40 |

**OSHA Process Safety Management  29 CFR 1910**
None listed

**EPA Accidental Release Prevention 40 CFR 68**
None listed

**International Regulations**
   **Inventory Status**
      Not determined

**State and Local Regulations**
   **California Proposition 65**
      The following statement is made in order to comply with the California Safe Drinking Water and Toxic Enforcement Act of 1986: This product contains the following substance(s) known to the state of California to cause cancer.
      BENZENE

      The following statement is made in order to comply with the California Safe Drinking Water and Toxic Enforcement Act of 1986: This product contains the following substance(s) known to the state of California to cause reproductive harm.
      TOLUENE
      BENZENE

   **New Jersey RTK Label Information**

| | |
|---|---|
| STODDARD SOLVENT | 8052-41-3 |
| NAPHTHA, SOLVENT | 64742-89-8 |
| ISOPROPYL ALCOHOL | 67-63-0 |
| ACETONE | 67-64-1 |
| PSEUDOCUMENE | 95-63-6 |
| 1,3,5-TRIMETHYLBENZENE | 108-67-8 |
| XYLENES | 1330-20-7 |

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

BLEND 3078 C

Page 009
Date Prepared: 08/03/99
Date Printed:  01/08/01
MSDS No: 301.0293236-004.002

---

### Pennsylvania RTK Label Information

| | |
|---|---|
| STODDARD SOLVENT | 8052-41-3 |
| 2-PROPANOL | 67-63-0 |
| 2-PROPANONE | 67-64-1 |
| PSEUDOCUMENE | 95-63-6 |
| BENZENE, DIMETHYL- | 1330-20-7 |

---

## 16. OTHER INFORMATION

The information accumulated herein is believed to be accurate but is not warranted to be whether originating with the company or not. Recipients are advised to confirm in advance of need that the information is current, applicable, and suitable to their circumstances.

Last page

Ashland

ISOPROPANOL 99%

## 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**Material Identity**
Product Name: ISOPROPANOL 99%
SAP Material No: 3507000 615 00A
General or Generic ID: ALCOHOL

**Company**
Ashland
Ashland Distribution Co. &
Ashland Specialty Chemical Co.
P. O. Box 2219
Columbus, OH 43216
614-790-3333

**Emergency Telephone Number:**
1-800-ASHLAND (1-800-274-5263)
24 hours everyday

Regulatory Information Number:
1-800-325-3751

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

| Ingredient(s) | CAS Number | % (by weight) |
|---|---|---|
| ISOPROPANOL | 67-63-0 | 99.0-100.0 |

## 3. HAZARDS IDENTIFICATION

**Potential Health Effects**



**Eye**

Can cause eye irritation. Symptoms include stinging, tearing, redness, and swelling of eyes.

**Skin**

May cause mild skin irritation. Prolonged or repeated contact may dry the skin. Symptoms may include redness, burning, drying and cracking of skin, and skin burns. Passage of this material into the body through the skin is possible, but it is unlikely that this would result in harmful effects during safe handling and use.

**Swallowing**

Swallowing small amounts of this material during normal handling is not likely to cause harmful effects. Swallowing large amounts may be harmful. This material can get into the lungs during swallowing or vomiting. This results in lung inflammation and other lung injury.

**Inhalation**

Breathing of vapor or mist is possible. Breathing small amounts of this material during normal handling is not likely to cause harmful effects. Breathing large amounts may be harmful. Symptoms usually occur at air concentrations higher than the recommended exposure limits (See Section 8).

**Symptoms of Exposure**

Signs and symptoms of exposure to this material through breathing, swallowing, and/or passage of the material through the skin may include: stomach or intestinal upset (nausea, vomiting, diarrhea), irritation (nose, throat, airways), central nervous system depression (dizziness, drowsiness, weakness, fatigue, nausea, headache, unconsciousness), low blood pressure, mild, temporary changes in the liver, effects on heart rate, respiratory depression (slowing of the breathing rate), loss of coordination, confusion, lung edema (fluid buildup in the lung tissue), kidney damage, coma.

Continued on next page

0888

MATERIAL SAFETY DATA SHEET

Ashland

ISOPROPANOL 99%

Page 002
Date Prepared: 03/06/02
Date Printed:  09/16/02
MSDS No: 999.0001444-009.001



---

**Target Organ Effects**
Overexposure to this material (or its components) has been suggested as a cause of the following effects in laboratory animals:  mild, reversible liver effects

**Developmental Information**
This material (or a component) has been shown to cause harm to the fetus in laboratory animal studies.  Harm to the fetus occurs only at exposure levels that harm the pregnant animal.  The relevance of these findings to humans is uncertain.

**Cancer Information**
Based on the available information, this material cannot be classified with regard to carcinogenicity.  This material is not listed as a carcinogen by the International Agency for Research on Cancer, the National Toxicology Program, or the Occupational Safety and Health Administration.

**Other Health Effects**
No data

**Primary Route(s) of Entry**
Inhalation, Skin absorption, Skin contact, Eye contact, Ingestion.

---

## 4.   FIRST AID MEASURES

**Eyes**
If symptoms develop, immediately move individual away from exposure and into fresh air.  Flush eyes gently with water for at least 15 minutes while holding eyelids apart; seek immediate medical attention.

**Skin**
Remove contaminated clothing.  Wash exposed area with soap and water.  If symptoms persist, seek medical attention.  Launder clothing before reuse.

**Swallowing**
Seek medical attention.  If individual is drowsy or unconscious, do not give anything by mouth; place individual on the left side with the head down. Contact a physician, medical facility, or poison control center for advice about whether to induce vomiting.  If possible, do not leave individual unattended.

**Inhalation**
If symptoms develop, immediately move individual away from exposure and into fresh air.  Seek immediate medical attention; keep person warm and quiet.  If person is not breathing, begin artificial respiration.  If breathing is difficult, administer oxygen.

**Note to Physicians**
This material is an aspiration hazard.  Potential danger from aspiration must be weighed against possible oral toxicity (See Section 3 - Swallowing) when deciding whether to induce vomiting.  Preexisting disorders of the following organs (or organ systems) may be aggravated by exposure to this material:  skin lung (for example, asthma-like conditions), kidney.

Continued on next page

Ashland

ISOPROPANOL 99%

## 5. FIRE FIGHTING MEASURES

**Flash Point**
53.0    F (11.6    C) TCC

**Explosive Limit**
(for product) Lower 2.0    Upper 12.0    %

**Autoignition Temperature**
750.0    F (398.8    C)

**Hazardous Products of Combustion**
May form:  carbon dioxide and carbon monoxide.

**Fire and Explosion Hazards**
Vapors are heavier than air and may travel along the ground or may be moved by ventilation and ignited by pilot lights, other flames, sparks, heaters, smoking, electric motors, static discharge, or other ignition sources at locations distant from material handling point.  Never use welding or cutting torch on or near drum (even empty) because product (even just residue) can ignite explosively.

**Extinguishing Media**
alcohol foam, carbon dioxide, dry chemical.

**Fire Fighting Instructions**
Water may be ineffective.  Water may be used to keep fire-exposed containers cool until fire is out.  Wear a self-contained breathing apparatus with a full facepiece operated in the positive pressure demand mode with appropriate turn-out gear and chemical resistant personal protective equipment.  Refer to the personal protective equipment section of this MSDS.

**NFPA Rating**
Health - 1, Flammability - 3, Reactivity - 0

## 6. ACCIDENTAL RELEASE MEASURES

**Small Spill**
Absorb liquid on vermiculite, floor absorbent or other absorbent material.

**Large Spill**
Eliminate all ignition sources (flares, flames including pilot lights, electrical sparks). Persons not wearing protective equipment should be excluded from area of spill until clean-up has been completed. Stop spill at source. Prevent from entering drains, sewers, streams or other bodies of water. Prevent from spreading.  If runoff occurs, notify authorities as required. Pump or vacuum transfer spilled product to clean containers for recovery. Absorb unrecoverable product. Transfer contaminated absorbent, soil and other materials to containers for disposal.  Per good environmental management practices, prevent run-off to sewers, streams and other bodies of water.  Stop spill at the source.  Cover sewer grates and dike the spill.  Absorb spilled material on to absorbents.  Shovel materials into container.  Close container tightly and dispose of properly.

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

ISOPROPANOL 99%

Page 004
Date Prepared: 03/06/02
Date Printed:  09/16/02
MSDS No: 999.0001444-009.001



## 7.   HANDLING AND STORAGE

**Handling**
Containers of this material may be hazardous when emptied.  Since emptied
containers retain product residues (vapor, liquid, and/or solid), all hazard
precautions given in the data sheet must be observed.  All five-gallon pails
and larger metal containers, including tank cars and tank trucks, should be
grounded and/or bonded when material is transferred.  Warning.  Sudden release
of hot organic chemical vapors or mists from process equipment operating at
elevated temperature and pressure, or sudden ingress of air into vacuum
equipment, may result in ignitions without the presence of obvious ignition
sources. Published "autoignition" or "ignition" temperature values cannot be
treated as safe operating temperatures in chemical processes without analysis
of the actual process conditions.  Any use of this product in elevated
temperature processes should be thoroughly evaluated to establish and maintain
safe operating conditions.

## 8.   EXPOSURE CONTROLS/PERSONAL PROTECTION

**Eye Protection**
Chemical splash goggles in compliance with OSHA regulations are advised;
however, OSHA regulations also permit other type safety glasses.  Consult your
safety representative.

**Skin Protection**
Wear resistant gloves (consult your safety equipment supplier)., To prevent
repeated or prolonged skin contact, wear impervious clothing and boots..

**Respiratory Protections**
If workplace exposure limit(s) of product or any component is exceeded (see
exposure guidelines), a NIOSH/MSHA approved air supplied respirator is advised
in absence of proper environmental control.  OSHA regulations also permit other
NIOSH/MSHA respirators (negative pressure type) under specified conditions (see
your industrial hygienist).  Engineering or administrative controls should be
implemented to reduce exposure.

**Engineering Controls**
Provide sufficient mechanical (general and/or local exhaust) ventilation to
maintain exposure below TLV(s).

**Exposure Guidelines**
Component
----------

ISOPROPANOL (67-63-0)
OSHA PEL 400.000 ppm - TWA
OSHA VPEL 400.000 ppm - TWA
OSHA VPEL 500.000 ppm - STEL
ACGIH TLV 400.000 ppm - TWA
ACGIH TLV 500.000 ppm - STEL

## 9.   PHYSICAL AND CHEMICAL PROPERTIES

**Boiling Point**
(for product) 180.0 F (82.2 C) @ 760 mmHg

Continued on next page



Ashland

ISOPROPANOL 99%

---

**Vapor Pressure**
(for product) 33.000 mmHg @ 68.00 F

**Specific Vapor Density**
2.070        @ AIR=1

**Specific Gravity**
.789 @ 60.00 F

**Liquid Density**
6.550 lbs/gal @ 68.00 F
.789 kg/l @ 15.60 C

**Percent Volatiles**
100.0        %

**Volatile Organic Compounds (VOC)**
100.000 %
789.000 g/l
6.550 lbs/gal

**Evaporation Rate**
7.70 (ETHYL ETHER )

**Appearance**
TRANSPARENT

**State**
LIQUID

**Physical Form**
NEAT

**Color**
CLEAR, PT-CO COLOR 10 MAX

**Odor**
SLIGHT ETHANOL/ACETONE-LIKE

**pH**
No data

**Viscosity**
2.4        cps

**Freezing Point**
-128.0    F (-88.8      C)

**Molecular Weight**
60.1

**Solubility in Water**
100%

**Octanol/Water Partitiion Coefficient**
1.400

Continued on next page

0892

Ashland

ISOPROPANOL 99%

---

Bulk Density
     .880 lbs/ft3

---

## 10.   STABILITY AND REACTIVITY

**Hazardous Polymerization**
     Product will not undergo hazardous polymerization.

**Hazardous Decomposition**
     May form:  carbon dioxide and carbon monoxide.

**Chemical Stability**
     Stable.

**Incompatibility**
     Avoid contact with:  acetaldehyde, acids, chlorine, ethylene oxide, isocyanates
     strong oxidizing agents, Do not use with aluminum equipment at temperatures
     above 120 degrees F..

---

## 11.   TOXICOLOGICAL INFORMATION

     No data

---

## 12.   ECOLOGICAL INFORMATION

     No data

---

## 13.   DISPOSAL CONSIDERATION

**Waste Management Information**
     Dispose of in accordance with all applicable local, state and federal
     regulations.  For assistance with your waste management needs - including
     disposal, recycling and waste stream reduction, contact Ashland Distribution
     Company, IC&S Environmental Services Group at 800-637-7922.

---

## 14.   TRANSPORT INFORMATION

DOT **Information - 49 CFR 172.101**
     **DOT Description:**
          ISOPROPANOL,3,UN1219,II

     **Container/Mode:**
          55 GAL DRUM/TRUCK PACKAGE

     **NOS Component:**
          None

Continued on next page

Ashland

ISOPROPANOL 99%

---

RQ (Reportable Quantity) - 49 CFR 172.101
Not applicable

Other Transportation Information
The DOT Transport Information may vary with the container and mode of shipment.

---

15. REGULATORY INFORMATION

US Federal Regulations
TSCA (Toxic Substances Control Act) Status
TSCA (UNITED STATES) The intentional ingredients of this product are listed.

CERCLA RQ - 40 CFR 302.4(a)
None listed

SARA 302 Components - 40 CFR 355 Appendix A
None

Section 311/312 Hazard Class - 40 CFR 370.2
Immediate(X)  Delayed(X)  Fire(X)  Reactive( )  Sudden Release of
Pressure( )

SARA 313 Components - 40 CFR 372.65
None

OSHA Process Safety Management  29 CFR 1910
None listed

EPA Accidental Release Prevention 40 CFR 68
None listed

International Regulations
Inventory Status
ACOIN (AUSTRALIA) The intentional ingredients of this product are listed.
AICS (AUSTRALIA) The intentional ingredients of this product are listed.
CICS (CHINESE) The intentional ingredients of this product are listed.
DSL (CANADA) The intentional ingredients of this product are listed.
ECL (SOUTH KOREA) The intentional ingredients of this product are listed.
EINECS (EUROPE) The intentional ingredients of this product are listed.
ENCS (JAPAN) The intentional ingredients of this product are listed.
PICCS (PHILIPPINES) The intentional ingredients of this product are listed.
SWISS (SWITZERLAND) The intentional ingredients of this product are listed.

State and Local Regulations
California Proposition 65
None

New Jersey RTK Label Information
ISOPROPYL ALCOHOL                    67-63-0

Pennsylvania RTK Label Information
2-PROPANOL                           67-63-0

Continued on next page

Ashland

ISOPROPANOL 99%

---

## 16.  OTHER INFORMATION

The information accumulated herein is believed to be accurate but is not
warranted to be whether originating with the company or not. Recipients are
advised to confirm in advance of need that the information is current,
applicable, and suitable to their circumstances.

Last page



Ashland

BLEND 3078 C

---

## 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**Material Identity**
Product Name: BLEND 3078 C
SAP Material No: 2704704 415 00A
General or Generic ID: SOLVENT BLEND

**Company**
Ashland
Ashland Distribution Co. &
Ashland Specialty Chemical Co.
P. O. Box 2219
Columbus, OH 43216
614-790-3333

**Emergency Telephone Number:**
1-800-ASHLAND (1-800-274-5263)
24 hours everyday

Regulatory Information Number:
1-800-325-3751

---

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

| Ingredient(s) | CAS Number | % (by volume) |
|---|---|---|
| ALIPHATIC HYDROCARBONS (STODDARD TYPE) | 8052-41-3 | 28.0- 32.0 |
| AROMATIC PETROLEUM DISTILLATES | 64742-95-6 | 18.0- 22.0 |
| ALIPHATIC PETROLEUM DISTILLATES | 64742-89-8 | 18.0- 22.0 |
| ISOPROPANOL | 67-63-0 | 13.0- 17.0 |
| ACETONE | 67-64-1 | 13.0- 17.0 |
| 1,2,4-TRIMETHYLBENZENE | 95-63-6 | 4.0- 4.0 |
| 1,3,5-TRIMETHYLBENZENE | 108-67-8 | 1.0- 3.8 |
| XYLENE | 1330-20-7 | 1.4- 1.4 |

---

## 3. HAZARDS IDENTIFICATION

**Potential Health Effects**

**Eye**

Can cause eye irritation. Symptoms include stinging, tearing, redness, and swelling of eyes.

**Skin**

Can cause skin irritation. Prolonged or repeated contact may dry the skin. Symptoms may include redness, burning, and drying and cracking of skin, burns and other skin damage. Passage of this material into the body through the skin is possible, but it is unlikely that this would result in harmful effects during safe handling and use.

**Swallowing**

Swallowing small amounts of this material during normal handling is not likely to cause harmful effects. Swallowing large amounts may be harmful. This material can get into the lungs during swallowing or vomiting. This results in lung inflammation and other lung injury.

**Inhalation**

Breathing of vapor or mist is possible. Breathing small amounts of this material during normal handling is not likely to cause harmful effects. Breathing large amounts may be harmful. Symptoms usually occur at air concentrations higher than the recommended exposure limits (See Section 8).

Continued on next page

Ashland

BLEND 3078 C

---

## Symptoms of Exposure

Signs and symptoms of exposure to this material through breathing, swallowing, and/or passage of the material through the skin may include: mouth and throat irritation (soreness, dry or scratchy feeling, cough), stomach or intestinal upset (nausea, vomiting, diarrhea), irritation (nose, throat, airways), cough, central nervous system depression (dizziness, drowsiness, weakness, fatigue, nausea, headache, unconsciousness) and other central nervous system effects, temporary changes in mood and behavior, low blood pressure, mild, temporary changes in the liver, effects on heart rate, respiratory depression (slowing of the breathing rate), shortness of breath, loss of coordination, confusion, irregular heartbeat, high blood sugar, lung edema (fluid buildup in the lung tissue), kidney damage, coma.

## Target Organ Effects

Exposure to this material (or a component) has been found to cause kidney damage in male rats. The mechanism by which this toxicity occurs is specific to the male rat and the kidney effects are not expected to occur in humans. This material (or a component) shortens the time of onset or worsens the liver and kidney damage induced by other chemicals. Prolonged intentional toluene abuse may lead to hearing loss progressing to deafness. In addition, while noise is known to cause hearing loss in humans, it has been suggested that workers exposed to organic solvents, including toluene, along with noise may suffer greater hearing loss than would be expected from exposure to noise alone. Overexposure to this material (or its components) has been suggested as a cause of the following effects in laboratory animals: mild, reversible liver effects, mild, reversible kidney effects, blood abnormalities, cardiac sensitization, cataracts, kidney damage, effects on hearing, central nervous system damage.

## Developmental Information

This material (or a component) has been shown to cause birth defects in laboratory animal studies. The relevance of these findings to humans is uncertain. This material (or a component) has been shown to cause harm to the fetus in laboratory animal studies. Harm to the fetus occurs only at exposure levels that harm the pregnant animal. The relevance of these findings to humans is uncertain.

## Cancer Information

Based on the available information, this material cannot be classified with regard to carcinogenicity. This material is not listed as a carcinogen by the International Agency for Research on Cancer, the National Toxicology Program, or the Occupational Safety and Health Administration.

## Other Health Effects

No data

## Primary Route(s) of Entry

Inhalation, Skin absorption, Skin contact, Eye contact, Ingestion.

---

## 4. FIRST AID MEASURES

### Eyes

If symptoms develop, immediately move individual away from exposure and into fresh air. Flush eyes gently with water for at least 15 minutes while holding eyelids apart; seek immediate medical attention.

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

BLEND 3078 C

Page 004
Date Prepared: 10/31/01
Date Printed: 01/08/02
MSDS No: 301.0293236-004.004

**Extinguishing Media**
regular foam, carbon dioxide, dry chemical.

**Fire Fighting Instructions**
Wear a self-contained breathing apparatus with a full facepiece operated in the
positive pressure demand mode with appropriate turn-out gear and chemical
resistant personal protective equipment. Refer to the personal protective
equipment section of this MSDS.

**NFPA Rating**
Not determined

## 6.  ACCIDENTAL RELEASE MEASURES

**Small Spill**
Absorb liquid on vermiculite, floor absorbent or other absorbent material.

**Large Spill**
Eliminate all ignition sources (flares, flames including pilot lights,
electrical sparks). Persons not wearing protective equipment should be excluded
from area of spill until clean-up has been completed. Stop spill at source.
Prevent from entering drains, sewers, streams or other bodies of water.
Prevent from spreading. If runoff occurs, notify authorities as required.
Pump or vacuum transfer spilled product to clean containers for recovery.
Absorb unrecoverable product. Transfer contaminated absorbent, soil and other
materials to containers for disposal. Prevent run-off to sewers, streams or
other bodies of water. If run-off occurs, notify proper authorities as
required, that a spill has occurred.

## 7.  HANDLING AND STORAGE

**Handling**
Containers of this material may be hazardous when emptied. Since emptied
containers retain product residues (vapor, liquid, and/or solid), all hazard
precautions given in the data sheet must be observed. All five-gallon pails
and larger metal containers, including tank cars and tank trucks, should be
grounded and/or bonded when material is transferred. Warning - Sudden release
of hot organic chemical vapors or mists from process equipment operating at
elevated temperature and pressure, or sudden ingress of air into vacuum
equipment, may result in ignitions without the presence of obvious ignition
sources. Published "autoignition" or "ignition" temperature values cannot be
treated as safe operating temperatures in chemical processes without analysis
of the actual process conditions. Any use of this product in elevated
temperature processes should be thoroughly evaluated to establish and maintain
safe operating conditions.

## 8.  EXPOSURE CONTROLS/PERSONAL PROTECTION

**Eye Protection**
Chemical splash goggles in compliance with OSHA regulations are advised;
however, OSHA regulations also permit other type safety glasses. Consult your
safety representative.

Continued on next page

0978

Ashland

BLEND 3078 C

**Skin**
Remove contaminated clothing.  Flush exposed area with large amounts of water.
If skin is damaged, seek immediate medical attention.  If skin is not damaged
and symptoms persist, seek medical attention.  Launder clothing before reuse.

**Swallowing**
Seek medical attention.  If individual is drowsy or unconscious, do not give
anything by mouth; place individual on the left side with the head down.
Contact a physician, medical facility, or poison control center for advice
about whether to induce vomiting.  If possible, do not leave individual
unattended.

**Inhalation**
If symptoms develop, immediately move individual away from exposure and into
fresh air.  Seek immediate medical attention; keep person warm and quiet.  If
person is not breathing, begin artificial respiration.  If breathing is
difficult, administer oxygen.

**Note to Physicians**
Inhalation of high concentrations of this material, as could occur in enclosed
spaces or during deliberate abuse, may be associated with cardiac arrhythmias.
Sympathomimetic drugs may initiate cardiac arrhythmias in persons exposed to
this material.  This material is an aspiration hazard.  Potential danger from
aspiration must be weighed against possible oral toxicity (See Section 3 -
Swallowing) when deciding whether to induce vomiting.  This material (or a
component) has produced hyperglycemia and ketosis following substantial
ingestion.  Preexisting disorders of the following organs (or organ systems)
may be aggravated by exposure to this material: skin, lung (for example,
asthma-like conditions), liver, kidney, blood-forming system, auditory system,
eye, Individuals with preexisting heart disorders may be more susceptible to
arrhythmias (irregular heartbeats) if exposed to high concentrations of this
material.

---

## 5.   FIRE FIGHTING MEASURES

**Flash Point**
< -1.0    F (-18.3    C) TCC

**Explosive Limit**
(for component) Lower

**Autoignition Temperature**
No data

**Hazardous Products of Combustion**
May form:  carbon dioxide and carbon monoxide, various hydrocarbons.

**Fire and Explosion Hazards**
Material is highly volatile and readily gives off vapors which may travel along
the ground or be moved by ventilation and ignited by pilot lights, other
flames, sparks, heaters, smoking, electric motors, static discharge, or other
ignition sources at locations distant from material handling point.  Never use
welding or cutting torch on or near drum (even empty) because product (even
just residue) can ignite explosively.

Continued on next page

Ashland

BLEND 3078 C

## Skin Protection
Wear resistant gloves (consult your safety equipment supplier)., To prevent repeated or prolonged skin contact, wear impervious clothing and boots..

## Respiratory Protections
If workplace exposure limit(s) of product or any component is exceeded (see exposure guidelines), a NIOSH/MSHA approved air supplied respirator is advised in absence of proper environmental control.  OSHA regulations also permit other NIOSH/MSHA respirators (negative pressure type) under specified conditions (see your industrial hygienist).  Engineering or administrative controls should be implemented to reduce exposure.

## Engineering Controls
Provide sufficient mechanical (general and/or local exhaust) ventilation to maintain exposure below TLV(s).

## Exposure Guidelines
Component
----------

ALIPHATIC HYDROCARBONS (STODDARD TYPE) (8052-41-3)
OSHA PEL 500.000 ppm - TWA
OSHA VPEL 100.000 ppm - TWA
ACGIH TLV 100.000 ppm - TWA

AROMATIC PETROLEUM DISTILLATES (64742-95-6)
No exposure limits established

ALIPHATIC PETROLEUM DISTILLATES (64742-89-8)
No exposure limits established

ISOPROPANOL (67-63-0)
OSHA PEL 400.000 ppm - TWA
OSHA VPEL 400.000 ppm - TWA
OSHA VPEL 500.000 ppm - STEL
ACGIH TLV 400.000 ppm - TWA
ACGIH TLV 500.000 ppm - STEL

ACETONE (67-64-1)
OSHA PEL 1000.000 ppm - TWA
OSHA VPEL 750.000 ppm - TWA
OSHA VPEL 1000.000 ppm - STEL
ACGIH TLV 500.000 ppm - TWA
ACGIH TLV 750.000 ppm - STEL

1,2,4-TRIMETHYLBENZENE (95-63-6)
No exposure limits established

1,3,5-TRIMETHYLBENZENE (108-67-8)
No exposure limits established

XYLENE (1330-20-7)
OSHA PEL 100.000 ppm - TWA
OSHA VPEL 100.000 ppm - TWA
OSHA VPEL 150.000 ppm - STEL
ACGIH TLV 100.000 ppm - TWA
ACGIH TLV 150.000 ppm - STEL

Continued on next page

Ashland

BLEND 3078 C

---

## 9.    PHYSICAL AND CHEMICAL PROPERTIES

**Boiling Point**
(for component) 133.0 F (56.1 C) @ 760 mmHg

**Vapor Pressure**
(for component) 185.000 mmHg @ 68.00 F

**Specific Vapor Density**
> 1.000      @ AIR=1

**Specific Gravity**
.793 @ 77.00 F

**Liquid Density**
6.600 lbs/gal @ 77.00 F
.793 kg/l @ 25.00 C

**Percent Volatiles**
100.0    %

**Evaporation Rate**
SLOWER THAN ETHYL ETHER

**Appearance**
No data

**State**
LIQUID

**Physical Form**
HOMOGENEOUS SOLUTION

**Color**
No data

**Odor**
No data

**pH**
Not applicable

---

## 10.   STABILITY AND REACTIVITY

**Hazardous Polymerization**
Product will not undergo hazardous polymerization.

**Hazardous Decomposition**
May form:  carbon dioxide and carbon monoxide, various hydrocarbons.

**Chemical Stability**
Stable.

Continued on next page

Ashland

BLEND 3078 C

**Incompatibility**
    Avoid contact with:  acetaldehyde, acids, chlorine, ethylene oxide, isocyanates
    strong oxidizing agents, Do not use with aluminum equipment at temperatures
    above 120 degrees F..

## 11.  TOXICOLOGICAL INFORMATION

    No data

## 12.  ECOLOGICAL INFORMATION

    No data

## 13.  DISPOSAL CONSIDERATION

**Waste Management Information**
    Dispose of in accordance with all applicable local, state and federal
    regulations.  For assistance with your waste management needs - including
    disposal, recycling and waste stream reduction, contact Ashland Distribution
    Company, IC&S Environmental Services Group at 800-637-7922.

## 14.  TRANSPORT INFORMATION

**DOT Information - 49 CFR 172.101**
    **DOT Description:**
        PAINT RELATED MATERIAL,3,UN1263,II

    **Container/Mode:**
        55 GAL DRUM/TRUCK PACKAGE

    **NOS Component:**
        None

**RQ (Reportable Quantity) - 49 CFR 172.101**
    Product Quantity (lbs) Component

        11302        XYLENES (O-, M-, P- ISOMERS)
        33382        ACETONE

**Other Transportation Information**
    The DOT Transport Information may vary with the container and mode of shipment.

## 15.  REGULATORY INFORMATION

**US Federal Regulations**
    **TSCA (Toxic Substances Control Act) Status**
        TSCA (UNITED STATES) The intentional ingredients of this product are listed.

Continued on next page

Ashland

BLEND 3078 C

---

**CERCLA RQ - 40 CFR 302.4(a)**

| Component | RQ (lbs) |
| --- | --- |
| ACETONE | 5000 |
| XYLENES (O-, M-, P- ISOMERS) | 1000 |

**CERCLA RQ - 40 CFR 302.4(b)**
Materials without a "listed" RQ may be reportable as an "unlisted hazardous substance". See 40 CFR 302.5 (b).

**SARA 302 Components - 40 CFR 355 Appendix A**
None

**Section 311/312 Hazard Class - 40 CFR 370.2** or similar or later of
Immediate(X)   Delayed(X)   Fire(X)   Reactive( )   Sudden Release of
Pressure( )

**SARA 313 Components - 40 CFR 372.65**

| Section 313 Component(s) | CAS Number | % |
| --- | --- | --- |
| 1,2,4-TRIMETHYLBENZENE | 95-63-6 | 4.00 |
| XYLENE (MIXED ISOMERS) | 1330-20-7 | 1.40 |

**OSHA Process Safety Management   29 CFR 1910**
None listed

**EPA Accidental Release Prevention 40 CFR 68**
None listed

**International Regulations**
    **Inventory Status**
        Not determined

**State and Local Regulations**
    **California Proposition 65**
        The following statement is made in order to comply with the California Safe
        Drinking Water and Toxic Enforcement Act of 1986: This product contains the
        following substance(s) known to the state of California to cause cancer.
        BENZENE

        The following statement is made in order to comply with the California Safe
        Drinking Water and Toxic Enforcement Act of 1986: This product contains the
        following substance(s) known to the state of California to cause
        reproductive harm.
        TOLUENE
        BENZENE

    **New Jersey RTK Label Information**
        STODDARD SOLVENT                              8052-41-3
        NAPHTHA, SOLVENT                             64742-89-8
        ISOPROPYL ALCOHOL                             67-63-0
        ACETONE                                       67-64-1
        PSEUDOCUMENE                                  95-63-6
        1,3,5-TRIMETHYLBENZENE                       108-67-8
        XYLENES                                      1330-20-7

Continued on next page

Ashland

BLEND 3078 C

---

**Pennsylvania RTK Label Information**

| | |
|---|---|
| STODDARD SOLVENT | 8052-41-3 |
| 2-PROPANOL | 67-63-0 |
| 2-PROPANONE | 67-64-1 |
| PSEUDOCUMENE | 95-63-6 |
| BENZENE, DIMETHYL- | 1330-20-7 |

---

## 16. OTHER INFORMATION

The information accumulated herein is believed to be accurate but is not warranted to be whether originating with the company or not. Recipients are advised to confirm in advance of need that the information is current, applicable, and suitable to their circumstances.

Last page

Ashland

Page 001
Date Prepared: 08/03/99
Date Printed:  01/08/01
MSDS No: 301.0293236-004.002

BLEND 3078 C

## 1.   CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**Material Identity**
Product Name: BLEND 3078 C
Product Code: 2704704
General or Generic ID: SOLVENT BLEND

**Company**
    Ashland
    Ashland Distribution Co. &
    Ashland Specialty Chemical Co.
    P. O. Box 2219
    Columbus, OH 43216
    614-790-3333

· **Emergency Telephone Number:**
1-800-ASHLAND  (1-800-274-5263)
24 hours everyday

Regulatory Information Number:
1-800-325-3751

## 2.   COMPOSITION/INFORMATION ON INGREDIENTS

| Ingredient(s) | CAS Number | % (by volume) |
|---|---|---|
| ALIPHATIC HYDROCARBONS (STODDARD TYPE) | 8052-41-3 | 28.0- 32.0 |
| AROMATIC PETROLEUM DISTILLATES | 64742-95-6 | 18.0- 22.0 |
| ALIPHATIC PETROLEUM DISTILLATES | 64742-89-8 | 18.0- 22.0 |
| ISOPROPANOL | 67-63-0 | 13.0- 17.0 |
| ACETONE | 67-64-1 | 13.0- 17.0 |
| 1,2,4-TRIMETHYLBENZENE | 95-63-6 | 4.0- 4.0 |
| 1,3,5-TRIMETHYLBENZENE | 108-67-8 | 1.0- 3.8 |
| XYLENE | 1330-20-7 | 1.4- 1.4 |

## 3.   HAZARDS IDENTIFICATION

**Potential Health Effects**

**Eye**
    Can cause eye irritation.  Symptoms include stinging, tearing, redness, and swelling of eyes.

**Skin**
    Can cause skin irritation.  Prolonged or repeated contact may dry the skin. Symptoms may include redness, burning, and drying and cracking of skin, burns and other skin damage.  Passage of this material into the body through the skin is possible, but it is unlikely that this would result in harmful effects during safe handling and use.

**Swallowing**
    Swallowing small amounts of this material during normal handling is not likely to cause harmful effects.  Swallowing large amounts may be harmful.  This material can get into the lungs during swallowing or vomiting.  This results in lung inflammation and other lung injury.

**Inhalation**
    Breathing of vapor or mist is possible.  Breathing small amounts of this material during normal handling is not likely to cause harmful effects. Breathing large amounts may be harmful.  Symptoms usually occur at air concentrations higher than the recommended exposure limits (See Section 8).

Continued on next page

0986



Ashland

BLEND 3078 C

## Symptoms of Exposure

Signs and symptoms of exposure to this material through breathing, swallowing, and/or passage of the material through the skin may include: mouth and throat irritation (soreness, dry or scratchy feeling, cough), stomach or intestinal upset (nausea, vomiting, diarrhea), irritation (nose, throat, airways), cough, central nervous system depression (dizziness, drowsiness, weakness, fatigue, nausea, headache, unconsciousness) and other central nervous system effects, temporary changes in mood and behavior, low blood pressure, mild, temporary changes in the liver, effects on heart rate, respiratory depression (slowing of the breathing rate), shortness of breath, loss of coordination, confusion, irregular heartbeat, high blood sugar, lung edema (fluid buildup in the lung tissue), kidney damage, coma.

## Target Organ Effects

Exposure to this material (or a component) has been found to cause kidney damage in male rats. The mechanism by which this toxicity occurs is specific to the male rat and the kidney effects are not expected to occur in humans. This material (or a component) shortens the time of onset or worsens the liver and kidney damage induced by other chemicals. Prolonged intentional toluene abuse may lead to hearing loss progressing to deafness. In addition, while noise is known to cause hearing loss in humans, it has been suggested that workers exposed to organic solvents, including toluene, along with noise may suffer greater hearing loss than would be expected from exposure to noise alone. Overexposure to this material (or its components) has been suggested as a cause of the following effects in laboratory animals: mild, reversible liver effects, mild, reversible kidney effects, blood abnormalities, cardiac sensitization, cataracts, kidney damage, effects on hearing, central nervous system damage.

## Developmental Information

This material (or a component) has been shown to cause birth defects in laboratory animal studies. The relevance of these findings to humans is uncertain. This material (or a component) has been shown to cause harm to the fetus in laboratory animal studies. Harm to the fetus occurs only at exposure levels that harm the pregnant animal. The relevance of these findings to humans is uncertain.

## Cancer Information

Based on the available information, this material cannot be classified with regard to carcinogenicity. This material is not listed as a carcinogen by the International Agency for Research on Cancer, the National Toxicology Program, or the Occupational Safety and Health Administration.

## Other Health Effects

No data

## Primary Route(s) of Entry

Inhalation, Skin absorption, Skin contact, Eye contact, Ingestion.

## 4. FIRST AID MEASURES

### Eyes

If symptoms develop, immediately move individual away from exposure and into fresh air. Flush eyes gently with water for at least 15 minutes while holding eyelids apart; seek immediate medical attention.

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

Page 003
Date Prepared: 08/03/99
Date Printed: 01/08/01
MSDS No: 301.0293236-004.002

BLEND 3078 C

**Skin**
Remove contaminated clothing. Flush exposed area with large amounts of water. If skin is damaged, seek immediate medical attention. If skin is not damaged and symptoms persist, seek medical attention. Launder clothing before reuse.

**Swallowing**
Seek medical attention. If individual is drowsy or unconscious, do not give anything by mouth; place individual on the left side with the head down. Contact a physician, medical facility, or poison control center for advice about whether to induce vomiting. If possible, do not leave individual unattended.

**Inhalation**
If symptoms develop, immediately move individual away from exposure and into fresh air. Seek immediate medical attention; keep person warm and quiet. If person is not breathing, begin artificial respiration. If breathing is difficult, administer oxygen.

**Note to Physicians**
Inhalation of high concentrations of this material, as could occur in enclosed spaces or during deliberate abuse, may be associated with cardiac arrhythmias. Sympathomimetic drugs may initiate cardiac arrhythmias in persons exposed to this material. This material is an aspiration hazard. Potential danger from aspiration must be weighed against possible oral toxicity (See Section 3 - Swallowing) when deciding whether to induce vomiting. This material (or a component) has produced hyperglycemia and ketosis following substantial ingestion. Preexisting disorders of the following organs (or organ systems) may be aggravated by exposure to this material: skin, lung (for example, asthma-like conditions), liver, kidney, auditory system, eye, Individuals with preexisting heart disorders may be more susceptible to arrhythmias (irregular heartbeats) if exposed to high concentrations of this material.

## 5. FIRE FIGHTING MEASURES

**Flash Point**
< -1.0    F (-18.3    C) TCC

**Explosive Limit**
(for component) Lower .9       %

**Autoignition Temperature**
No data

**Hazardous Products of Combustion**
May form: carbon dioxide and carbon monoxide, various hydrocarbons.

**Fire and Explosion Hazards**
Material is highly volatile and readily gives off vapors which may travel along the ground or be moved by ventilation and ignited by pilot lights, other flames, sparks, heaters, smoking, electric motors, static discharge, or other ignition sources at locations distant from material handling point. Never use welding or cutting torch on or near drum (even empty) because product (even just residue) can ignite explosively.

Continued on next page



Ashland

BLEND 3078 C

**Extinguishing Media**
regular foam, carbon dioxide, dry chemical.

**Fire Fighting Instructions**
Wear a self-contained breathing apparatus with a full facepiece operated in the positive pressure demand mode with appropriate turn-out gear and chemical resistant personal protective equipment. Refer to the personal protective equipment section of this MSDS.

**NFPA Rating**
Not determined

## 6. ACCIDENTAL RELEASE MEASURES

**Small Spill**
Absorb liquid on vermiculite, floor absorbent or other absorbent material.

**Large Spill**
Eliminate all ignition sources (flares, flames including pilot lights, electrical sparks). Persons not wearing protective equipment should be excluded from area of spill until clean-up has been completed. Stop spill at source. Prevent from entering drains, sewers, streams or other bodies of water. Prevent from spreading. If runoff occurs, notify authorities as required. Pump or vacuum transfer spilled product to clean containers for recovery. Absorb unrecoverable product. Transfer contaminated absorbent, soil and other materials to containers for disposal. Prevent run-off to sewers, streams or other bodies of water. If run-off occurs, notify proper authorities as required, that a spill has occurred.

## 7. HANDLING AND STORAGE

**Handling**
Containers of this material may be hazardous when emptied. Since emptied containers retain product residues (vapor, liquid, and/or solid), all hazard precautions given in the data sheet must be observed. All five-gallon pails and larger metal containers, including tank cars and tank trucks, should be grounded and/or bonded when material is transferred. Warning. Sudden release of hot organic chemical vapors or mists from process equipment operating at elevated temperature and pressure, or sudden ingress of air into vacuum equipment, may result in ignitions without the presence of obvious ignition sources. Published "autoignition" or "ignition" temperature values cannot be treated as safe operating temperatures in chemical processes without analysis of the actual process conditions. Any use of this product in elevated temperature processes should be thoroughly evaluated to establish and maintain safe operating conditions.

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Eye Protection**
Chemical splash goggles in compliance with OSHA regulations are advised; however, OSHA regulations also permit other type safety glasses. Consult your safety representative.

Continued on next page

Ashland

BLEND 3078 C

## Skin Protection
Wear resistant gloves (consult your safety equipment supplier)., To prevent repeated or prolonged skin contact, wear impervious clothing and boots..

## Respiratory Protections
If workplace exposure limit(s) of product or any component is exceeded (see exposure guidelines), a NIOSH/MSHA approved air supplied respirator is advised in absence of proper environmental control. OSHA regulations also permit other NIOSH/MSHA respirators (negative pressure type) under specified conditions (see your industrial hygienist). Engineering or administrative controls should be implemented to reduce exposure.

## Engineering Controls
Provide sufficient mechanical (general and/or local exhaust) ventilation to maintain exposure below TLV(s).

## Exposure Guidelines
Component
----------

ALIPHATIC HYDROCARBONS (STODDARD TYPE) (8052-41-3)
OSHA PEL 500.000 ppm - TWA
OSHA VPEL 100.000 ppm - TWA
ACGIH TLV 100.000 ppm - TWA

AROMATIC PETROLEUM DISTILLATES (64742-95-6)
No exposure limits established

ALIPHATIC PETROLEUM DISTILLATES (64742-89-8)
No exposure limits established

ISOPROPANOL (67-63-0)
OSHA PEL 400.000 ppm - TWA
OSHA VPEL 400.000 ppm - TWA
OSHA VPEL 500.000 ppm - STEL
ACGIH TLV 400.000 ppm - TWA
ACGIH TLV 500.000 ppm - STEL

ACETONE (67-64-1)
OSHA PEL 1000.000 ppm - TWA
OSHA VPEL 750.000 ppm - TWA
OSHA VPEL 1000.000 ppm - STEL
ACGIH TLV 500.000 ppm - TWA
ACGIH TLV 750.000 ppm - STEL

1,2,4-TRIMETHYLBENZENE (95-63-6)
No exposure limits established

1,3,5-TRIMETHYLBENZENE (108-67-8)
No exposure limits established

XYLENE (1330-20-7)
OSHA PEL 100.000 ppm - TWA
OSHA VPEL 100.000 ppm - TWA
OSHA VPEL 150.000 ppm - STEL
ACGIH TLV 100.000 ppm - TWA
ACGIH TLV 150.000 ppm - STEL



Continued on next page



Ashland

BLEND 3078 C

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Boiling Point**
(for component) 133.0 F (56.1 C) @ 760 mmHg

**Vapor Pressure**
(for component) 185.000 mmHg @ 68.00 F

**Specific Vapor Density**
> 1.000    @ AIR=1

**Specific Gravity**
.793 @ 77.00 F

**Liquid Density**
6.600 lbs/gal @ 77.00 F
.793 kg/l @ 25.00 C

**Percent Volatiles**
100.0    %

**Evaporation Rate**
SLOWER THAN ETHYL ETHER

**Appearance**
No data

**State**
LIQUID

**Physical Form**
HOMOGENEOUS SOLUTION

**Color**
No data

**Odor**
No data

**pH**
Not applicable

## 10. STABILITY AND REACTIVITY

**Hazardous Polymerization**
Product will not undergo hazardous polymerization.

**Hazardous Decomposition**
May form:  carbon dioxide and carbon monoxide, various hydrocarbons.

**Chemical Stability**
Stable.

Continued on next page

MATERIAL SAFETY DATA SHEET

Ashland

Page 007
Date Prepared: 08/03/99
Date Printed: 01/08/01
MSDS No: 301.0293236-004.002

BLEND 3078 C

---

Incompatibility
 Avoid contact with: acetaldehyde, acids, chlorine, ethylene oxide, isocyanates strong oxidizing agents, Do not use with aluminum equipment at temperatures above 120 degrees F..

---

## 11. TOXICOLOGICAL INFORMATION

No data

---

## 12. ECOLOGICAL INFORMATION

No data

---

## 13. DISPOSAL CONSIDERATION

Waste Management Information
 Dispose of in accordance with all applicable local, state and federal regulations. For assistance with your waste management needs — including disposal, recycling and waste stream reduction, contact Ashland Distribution Company, IC&S Environmental Services Group at 800-637-7922.

---

## 14. TRANSPORT INFORMATION

DOT Information — 49 CFR 172.101
 DOT Description:
  PAINT RELATED MATERIAL,3,UN1263,II

 Container/Mode:
  55 GAL DRUM/TRUCK PACKAGE

 NOS Component:
  None

RQ (Reportable Quantity) — 49 CFR 172.101
 Product Quantity (lbs) Component

| Product Quantity (lbs) | Component |
| --- | --- |
| 11302 | XYLENES (O-, M-, P- ISOMERS) |
| 33382 | ACETONE |

---

## 15. REGULATORY INFORMATION

US Federal Regulations
 TSCA (Toxic Substances Control Act) Status
  TSCA (UNITED STATES) The intentional ingredients of this product are listed.

Continued on next page

0992

Ashland

BLEND 3078 C

---

CERCLA RQ - 40 CFR 302.4(a)

| Component | RQ (lbs) |
|-----------|----------|
| ACETONE | 5000 |
| XYLENES (O-, M-, P- ISOMERS) | 1000 |

CERCLA RQ - 40 CFR 302.4(b)
Materials without a "listed" RQ may be reportable as an "unlisted hazardous substance". See 40 CFR 302.5 (b).

SARA 302 Components - 40 CFR 355 Appendix A
None

Section 311/312 Hazard Class - 40 CFR 370.2
Immediate(X)   Delayed(X)   Fire(X)   Reactive( )   Sudden Release of Pressure( )

SARA 313 Components - 40 CFR 372.65

| Section 313 Component(s) | CAS Number | % |
|--------------------------|------------|---|
| 1,2,4-TRIMETHYLBENZENE | 95-63-6 | 4.00 |
| XYLENE (MIXED ISOMERS) | 1330-20-7 | 1.40 |

OSHA Process Safety Management  29 CFR 1910
None listed

EPA Accidental Release Prevention 40 CFR 68
None listed

International Regulations
Inventory Status
Not determined

State and Local Regulations
California Proposition 65
The following statement is made in order to comply with the California Safe Drinking Water and Toxic Enforcement Act of 1986: This product contains the following substance(s) known to the state of California to cause cancer.
BENZENE

The following statement is made in order to comply with the California Safe Drinking Water and Toxic Enforcement Act of 1986: This product contains the following substance(s) known to the state of California to cause reproductive harm.
TOLUENE
BENZENE

New Jersey RTK Label Information

| | |
|---|---|
| STODDARD SOLVENT | 8052-41-3 |
| NAPETHA, SOLVENT | 64742-89-8 |
| ISOPROPYL ALCOHOL | 67-63-0 |
| ACETONE | 67-64-1 |
| PSEUDOCUMENE | 95-63-6 |
| 1,3,5-TRIMETHYLBENZENE | 108-67-8 |
| XYLENES | 1330-20-7 |

Continued on next page

Ashland

BLEND 3078 C

---

### Pennsylvania RTK Label Information

| | |
|---|---|
| STODDARD SOLVENT | 8052-41-3 |
| 2-PROPANOL | 67-63-0 |
| 2-PROPANONE | 67-64-1 |
| PSEUDOCUMENE | 95-63-6 |
| BENZENE, DIMETHYL- | 1330-20-7 |

---

## 16. OTHER INFORMATION

The information accumulated herein is believed to be accurate but is not
warranted to be whether originating with the company or not. Recipients are
advised to confirm in advance of need that the information is current,
applicable, and suitable to their circumstances.

Last page

0994